

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

Criminal No. 2:23-cr-20538-GAD-DRG

v.

Hon. Gershwin A. Drain

DANIEL L. ISRAEL,

Defendant.

_____/

## DEFENDANT'S ACKNOWLEDGMENT OF RECEIPT OF INFORMATION

I, Daniel L. Israel, defendant in this case, hereby acknowledge that I have received a copy of the Information before entering my plea and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

### Conspiracy to Restrain Trade, in violation of 15 U.S.C. § 1

a) Up to 10 years' imprisonment
b) A fine in an amount equal to the greatest of (1) $1 million, (2) twice the gross pecuniary gain the conspirators derived from the crime, or (3) twice the gross pecuniary loss caused to the victims of the crime by the conspirators
c) Supervised release of not more than 3 years
d) Restitution to the victims of the offense
e) Mandatory $100 special assessment


Daniel L. Israel
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

Walter J. Piszczatowski
Counsel for Defendant

Dated: 10/27/23