UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                         Case No. 23-cr-20538
                                                   Hon. Gershwin A. Drain

vs.

DANIEL L. ISRAEL

       Defendant.
_____/

## ORDER AMENDING CONDITION OF PRETRIAL RELEASE

This matter having come before the Court upon the request of defendant, Daniel Israel to amend a condition of his pretrial release, the Court being fully advised in the relevant facts of the case and, the parties having had an opportunity to address the Court,

It is hereby ordered that the condition requiring Israel to "Remove all firearms, destructive devices or other dangerous weapons from bond address and provide verification to the supervising officer within 48 hours of release." is amended as follows: Defendant's wife shall be allowed to possess her firearms and not remove them from the bond address, however, the weapons, while at the bond address, must be maintained in a locked gun locker and, the combination to the gun locker shall not

{H1037011.1}

be disclosed to defendant, Daniel Israel, nor, shall he be allowed any access to the weapons which shall at all times remain in the locked cabinet while at the bond address.

All other conditions of defendant's pretrial release shall remain in effect as previously ordered.

IT IS SO ORDERED.

Dated: November 2, 2023

_s/Gershwin A. Drain_
Hon. Gershwin A. Drain
United States District Court Judge

{H1037011.1}