UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

        v.

DANIEL L. ISRAEL,

        Defendant.
_____/

Criminal No. 2:23-cr-20538

Hon. Gershwin A. Drain

## MOTION TO SEAL UNITED STATES' SENTENCING MEMORANDUM EXHIBITS

The United States, by its undersigned attorneys, respectfully requests that the exhibits to the United States' Sentencing Memorandum be sealed until further Order of the Court because of the sensitive nature of the exhibits, which contain non-public investigative information such as the identity of unindicted co-conspirators and victims. The defendant does not object to this motion.

Respectfully submitted,

*/s/ Ruben Martinez, Jr.*
Ruben Martinez, Jr. (TX 24052278)
Allison M. Gorsuch (IL 6329734)
Melanie G. Wegner (IL 6324826)
Trial Attorneys

Michael N. Loterstein (IL 6297060)
Assistant Chief
U.S. Department of Justice

                                                          Antitrust Division
                                                          209 S. LaSalle St. Suite 600
                                                          Chicago, Illinois 60604
                                                          Tel: 312-984-7200

Dated: May 12, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Ruben Martinez, Jr.*
Ruben Martinez, Jr. (TX 24052278)
Trial Attorney
U.S. Dept. of Justice
Antitrust Division
Chicago Office
209 S. LaSalle, Suite 600
Chicago, IL 60604
312-984-7200
ruben.martinez@usdoj.gov

Dated: May 12, 2025