UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

v.

DANIEL L. ISRAEL,

        Defendant.
_____/

Criminal No. 2:23-cr-20538

Hon. Gershwin A. Drain

## MOTION TO SEAL UNITED STATES' MOTION AND BRIEF FOR DOWNWARD DEPARTURE UNDER U.S.S.G. §5K1.1

    The United States, by its undersigned attorneys, respectfully requests that its Motion and Brief for Downward Departure Under U.S.S.G. §5K1.1 be sealed until further Order of the Court because of the sensitive nature of the memorandum, which details the defendant's significant cooperation.  The defendant does not object to this motion.

Respectfully submitted,

*/s/ Ruben Martinez, Jr.*
Ruben Martinez, Jr. (TX 24052278)
Allison M. Gorsuch (IL 6329734)
Melanie G. Wegner (IL 6324826)
Trial Attorneys

Michael N. Loterstein (IL 6297060)
Assistant Chief

                                                                                      U.S. Department of Justice  
                                                                                      Antitrust Division  
                                                                                      209 S. LaSalle St. Suite 600  
                                                                                      Chicago, Illinois  
                                                                                      Tel: 312-984-7200  

Dated: May 12, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Ruben Martinez, Jr.*
Ruben Martinez, Jr. (TX 24052278)
Trial Attorney
U.S. Dept. of Justice
Antitrust Division
Chicago Office
209 S. LaSalle, Suite 600
Chicago, IL 60604
312-984-7200
ruben.martinez@usdoj.gov

Dated: May 12, 2025