# EXHIBIT "A"
# PART 1
# CHARACTER LETTERS
# INDEX
# & LETTERS A - B

May 12, 2025

### **LIST OF CHARACTER LETTERS**

1. Tim Acton
2. Ana Allen
3. Deborah Berger
4. Michael Berger
5. Mark Bernstein
6. Andrew Blank
7. David Blank
8. Ronald Blank
9. Steven Blank
10. Bruce Brickman
11. Richard B. Broder
12. Jeffrey H. Brown
13. Ian M. Burnstein
14. Thomas J. Callan
15. Mark A. Canvasser
16. Joshua Cascade
17. Paul Cassise
18. Jeffrey A. Chandler
19. Jacob Chapman
20. Jerry Chapman
21. Ryan Chapman
22. William Collins
23. Martin Cook

24. Nelson Copeland

25. Dan Cornwell

26. Lanie Hardy Cosgrove

27. Ryan Cousineau

28. Len DiGrande

29. David Dulberg

30. Mario Evangelista, Jr.

31. Alec Farrington

32. Bill Farrington

33. John Farrington

34. Wafa Farrington

35. Melissa A. Fisher

36. William Goldstein, M.D.

37. Michael B. Good

38. Christopher Goodwin

39. Patrick M. Hagar

40. Mike Hamilton

41. Edward Hersch

42. Kimberly Hickson

43. Douglas Howell

44. Denise Ilitch

45. Kaye L. Ireland

46. Benjamin Israel

47. Cynthia Israel

48. Leah Israel

49. Marc Israel

50. Luc Johnson

51. K.C. Jones

52. Jordan Jonna

53. Jacquelyn Judge

54. Mark Junga

55. Jeffrey D. Kaftan

56. Robert Kaiser, II

57. Robert S. Kaiser

58. Emily Lark Kasal

59. Kimberley Kern, MST, CPA

60. Anne Kersten

61. Ashley Kless

62. Hiram Q. Kyser

63. Christian J. Lampasso

64. Ron Lederman, MD

65. Mark A. Lindsey

66. Stephen E. Lowe, Jr.

67. Robert W. Mainhardt

68. Steven Marquis

69. Timothy Marquis

70. Ruben Martinez

71. Craig Mattson

72. Michael & Loree Meneguzzi

73. Josh Mervis

74. Andrew Milia

75. Salvatore Militello

76. Mitchell Mondry

77. Daniel Carl Morse

78. Jason Mortinsen

79. Sandy Mulvihill

80. Tony Nieves

81. Anthony Nowak

82. Jon Oberheide

83. Aaron Orlofsky

84. Mike Parks

85. Glenn Pavey

86. Chad Petherick

87. Joshua Pokempner

88. Stephanie Racine

89. Robert Rhea

90. Garrick Ringwelski

91. Peter Rosenthal

92. Philip Sakalian

93. David Sass

94. Sean E. Schmidt

95. Karen Sosnick Schoenberg

96.  Peter D. Scodeller

97.  Bob Senfftleben

98.  Jonathan M. Siegel

99.  Randy Sierocki

100.  David Silbert DC

101.  Renee L. Silbert

102.  Bryan Somerville

103.  Tracey L. Stulberg, Ph.D.

104.  Toni Sutton

105.  Kody Swan (NEED PAGE 2)

106.  Tim Taylor

107.  Jackie A. Tower

108.  Eric Trevino

109.  Robert A. Verdun

110.  Gino Wickman

111.  Stuart Wolff

112.  Steven Woodworth

113.  Frank Zawrazky

114.  Thomas W. Zuccaro

Tim Acton

March 5, 2024

The Hon. Gershwin Drain
United States District Court
U.S. Courthouse Room #751
231 W. Lafayette Blvd.
Detroit, MI 48226

To Judge Drain,

My name is Timothy L. Acton and I have known Dan Israel for over 35 years. I met Dan in 1990 doing a job hauling product to one of his jobs.

Dan was very intense and motivated to get jobs done on time. We connected very well and the service I provided him was greatly appreciated.

Dan eventually bought out my Brothers Company in 1998 and I signed on to run the company (TKMS LTD) for him for 5 years.

I struggled through a divorce in 1997 and Dan was always available to me through these difficult times. Dans intensity to run a successful business helped me become a better employer than I already was. Service was our key and motivated employees who were paid well was our path to success.

in 2006 we had a tragic loss of one of our drivers at our Oxford facility. Dan stepped up and took care of the funeral costs and paid the food costs to all after.

I watched Dan coach his son Ben in hockey. His two kids Ben & Leah are everything to this man. Raising two quality kids with great integrity.

In 2009, I had a drug & alcohol problem. I reached out to Dan for help. He met with me on a busy day at work and dropped everything that was going on to meet me at a park in Pontiac. He directed me to a rehab in Brighton and told me to take care of me and the Company will get by until you get better. I have been clean & sober since that day in 2009. 15 years of sobriety.

Dan Israel is a quality man who loves his wife Cindy and kids Ben & Leah. He has complete remorse over the current situation he is facing.

He would be great at coaching youth sports of any kind. He is a great motivator.

Dan Israel is my friend and a mentor to me.


Sincerely,


Timothy L. Acton

Ana Allen

To whom it May concern,

I met Dan Israel 8 years ago when he hired me to work as a recruiter for the company Asphalt Specialists, Inc.

When I met Dan, he seemed like a trustworthy, intelligent, and very charismatic person. We immediately had a very good professional relationship. Dan was always honest with me and helped me a lot to progress and develop in my duties as a recruiter. There are people who have not had the opportunity to get to know him on another level like I did, and I can attest that he is a tremendous human being who likes to help other people and, above all, an excellent husband and father.

If I had the opportunity to work or do any type of business with Dan Israel again, I would do it with my eyes closed. There are few people I trusted, and Dan is one of them.

Knowing Dan, I know that he will continue to be successful in everything he sets out to do because he is a person who knows what he wants and knows how to achieve it.

I am aware that Dan has been convicted of a felony charge of anti-trust crime, but none of that changes what I think of him as a person and as a businessman. Dan made a mistake and I know it will never happen again. He will continue to change many people's lives for the better as he did with me. For me, he is not only the person who took my professional career to another level, but I consider him a friend.

*Ana Allen*

**Ana Allen**
**Phone 248-520-5541**

Deborah Berger

**Deborah Berger**
**520 Oak Avenue**
**Birmingham, MI 48009**

November 27, 2023

The Hon. Gershwin Drain
United States District Court
U.S. Courthouse Room #751
231 W. Lafayette Blvd.
Detroit, MI 48226

I understand that Dan Israel has been convicted of an anti-trust crime/felony. I am writing this letter to make you aware of Dan's stellar character and heartfelt soul.

In 2008, I met Dan's wife, Cyndi, playing tennis. One night after that, I excitedly told my husband, Michael, about my new friend. It turns out that Michael and Dan grew up together in the same neighborhood and also have been connected through business for many years.

The four of us began spending more and more time together as we had a lot of common interests. Throughout the years we spent time together as families with our kids and often traveled together. Dan, Cyndi and I even trained for a ½ marathon together.

From the first time I met Dan, I was impressed by how he interacted with people. He asks questions to truly get to know you. When you talk to Dan you feel free to share your feelings and ideas. He makes you feel like your opinions matter and are important.

Dan always took a special interest in our children. When Dan's company was paving my husband's property he hired our young kids to help out so that they may experience the value of hard work and doing an important job. As our kids grew up and developed their own ideas, Dan would spend time talking with them and sharing his experiences and life lessons. Last January our eighteen-year-old son, Victor, and I went skiing with Dan and Cyndi. We had an amazing week filled with good snow and together time. But Victor really appreciated Dan as a friend and mentor. He shared his experiences through college and his business years. Dan was so humble and reflected on how he could have made different decisions along the way. I truly believe his honesty and friendship has helped mold Victor into the man he is today.

Over the past year Dan has become more introspective as he understands the seriousness of this charge.  I really think that Dan never realized at the time that he was doing anything against the law.  Dan has expressed serious remorse and has approached this adversity with a positive attitude and desire to put this challenge behind him.  Dan is a positive person whose energy touches those around him.  Dan is a generous, giving person who has so much to continue to contribute to our community.

I hope this letter conveys the goodness, hardworking soul that is Dan Israel.


Sincerely,

Deborah Berger

Michael Berger



**BERGER REALTY GROUP, INC.**

29201 TELEGRAPH, SUITE 510
SOUTHFIELD, MICHIGAN 48034
(248) 355-6800  FAX (248) 355-6847

November 28, 2023

The Hon. Gershwin Drain
United States District Court
U.S. Courthouse Room #751
231 W. Lafayette Blvd.
Detroit, MI 48226

RE:  Letter of Support for Dan Israel

I believe it is very important for the court to consider that Dan Israel is a high-quality and integrous individual before sentencing.  I am aware that Dan has been convicted of an anti-trust felony.  My relationship with Dan goes back many years.  We grew up in the same neighborhood in Southfield Michigan.  He was the same age as my sister and they were friends.  By coincidence after we were married we reconnected about 20 years ago.  My wife met Dan's wife Cyndi playing tennis.  We had been using Dan's company Asphalt Specialists, Inc. (ASI) for many jobs over the years, but I mostly dealt with other people in the organization.  Once my wife realized that Dan and I knew each other she arranged for us to start getting together as families and couples.  Dan and I became great friends and over the years Dan has helped me on so many different matters.  He and I both are in family businesses and would bounce ideas off one another on best practices and opportunities for growth.

Over time Dan started investing in apartment and self-storage deals that we sponsored.  Dan always had a great attitude even when deals occasionally encountered difficult times.  Dan invested in a deal we tried to condo convert in Farmington Hills.  This was in the mid-2000s and the market turned abruptly leading into 2008.  The deal had great difficulty and there were concerns about preserving the partners' equity.  Dan had a sizable investment but always took the high road and understood that the market caused the problem.  Many investors were not so understanding.  Ultimately all the partners received a significant return on the transaction as the market turned around after a great deal of effort and negotiation.  Dan was one of my most thankful and generous investors over many years on that transaction and others.  There were also times when we had trouble paying some of our asphalt bills with ASI.  Dan would always sit down and reasonably work out a plan to get the bills handled.

Dan has been a mentor to me and my children. I have enjoyed many dinners with Dan and my children where he provided incredible insights as they have entered different stages in their lives. He truly has created a connection with my kids and I have done the same with his kids. My children often connect without my knowing since they have their own relationship with Dan. Dan is a tremendous father to his children and he treats my kids as if they were his own. He mentors and motivates all of our children to be the best they can be.

Dan is also an extremely compassionate and caring man. My brother had major surgery in April at Mayo Clinic in Rochester, Minnesota. The surgery was extensive and after being released from the hospital travel of any kind was extremely difficult and challenging. I shared my concern about my brother with Dan and Dan offered the opportunity to fly private and get my brother home for recovery in a much more comfortable and reasonable way. Of course, I told Dan to provide me with the cost and I would certainly pay it. When I received the information on how much it would cost, I called Dan and said this cannot be the entire cost. Dan disclosed to me that he was unwilling to charge me the entire cost and only willing to charge me the cost for the fuel and pilots. The true cost would have been over double and Dan absorbed that as his gift to me and my family out of his concern for my brother's condition. I am so grateful to Dan for this incredible gesture and the amount of concern and compassion for my family that he has always shown.

I can tell that Dan has a lot of remorse in connection with his conviction. He is truly regretful and has taken responsibility for his actions. I am not sure he really knew that what he was doing was against the law at the time, but he now understands and is committed to making sure that he would never engage in any problematic activity in the future. He is really a great man and wants to set things right so he can continue enjoying his family and his friends and give back to the community. I admire Dan for how he has taken on this problem. He has treated it as a learning opportunity and an opportunity to improve, despite the incredible challenge for Dan and his family.

I hope you realize that Dan is a man of extremely high character and generosity. Dan has always been a loyal and wonderful friend. No questions asked, I can always count on Dan.

Sincerely,

Michael Berger
President



Mark Bernstein

THE
# SAM BERNSTEIN®
L A W   F I R M

SAMUEL I. BERNSTEIN ✱‡ O
MARK J. BERNSTEIN ✱†
BETH BERNSTEIN MILLER
BERNARD H. ZAFFERN (DECEASED)
MICHAEL L. BATTERSBY ✱†
EDMUND O. BATTERSBY
MICHAEL A. WEISSERMAN △
MARK PICKLO ✱†△
RONALD S. MARVIN †
LEONARD E. MILLER
ELIZABETH D. KLEIN †
BRIAN R. ZAID

STANLEY J. FELDMAN ▢
REBECCA SPOSITA
STEFANIE A. FRYER
MATTHEW M. ANEESE
LORIE N. LIEBERMAN
DAVID J. ELKIN
LEE'AH D. BASEMORE
JOSEPH J. CEGLAREK, II
ALEXANDER J. KASSAB
CARA M. KIRKPATRICK ^
DANIEL KOESTER
STEPHEN R. BOEHRINGER

SHEREEN SILVER
M. GRACE WILLIAMS
KATHERINE R. SCHIEFER
ALEXANDER WALDMAN
GREGORY A. LIGHT
PAUL C. DAVIS
THOMAS P. MURRAY JR
CELESTA CAMPBELL
DAWN PERFECT

A PROFESSIONAL LIMITED LIABILITY COMPANY

ALL CORRESPONDENCE TO:
31731 NORTHWESTERN HIGHWAY, SUITE 333     1787 GRAND RIDGE COURT NE, SUITE 204
FARMINGTON HILLS, MICHIGAN 48334-1669     GRAND RAPIDS, MICHIGAN 49525-7042
   (800) 225-5726 · FAX (248) 737-4392        (616) 355-0390 · FAX (616) 333-0331

FEDERAL TAX I.D. NUMBER: 27-1466737

O FOUNDER, OF COUNSEL & RETIRED SHAREHOLDER      † ALSO ADMITTED IN OHIO
✱ ALSO ADMITTED IN ILLINOIS                      △ OF COUNSEL
‡ ALSO ADMITTED IN FLORIDA                       ▢ ALSO ADMITTED IN GEORGIA
^ ALSO ADMITTED IN CANADA

October 31, 2023

The Hon. Gershwin Drain
United States District Court
U.S. Courthouse Room #751
231 W. Lafayette Blvd.
Detroit, MI 48226

Re: *Insights Regarding Dan Israel/Sentencing Decision*

Dear Judge Drain,

This letter shares my personal insights related to Dan Israel that may be helpful in the sentencing process arising out of his conviction for an anti-trust crime. I am aware, as is Dan, that this conviction involves illegal felonious conduct.

I have known Dan for many years. At first, from a distance, I knew of him as a community member who was deeply engaged in charitable and communal activities as a volunteer and funder. Over the past couple years, I have had the opportunity to spend a great deal of time with Dan in a intensely personal way. I treasure the time I spend with him because of his honest, self-aware, generous, and caring personality.

In many ways, I consider Dan to embody an 'old-school' approach to friendships in particular and life more generally. Specifically, he doesn't "mince words" or "sugar coat" his feelings. His advice, which I have

deeply valued over the years, is always brutally honest and shared openly with clear conviction.

Importantly, of direct relevance to his sentencing, he has applied the same sense of accountability that he brings to his family and friends to himself. I know that he has stepped up and admitted his guilt in a way that exemplifies a man who is not avoiding or denying his responsibility in his role as a corporate leader. It is, frankly, refreshing to see someone step up in this fashion and admit their guilt; avoiding the typical obfuscation and technicalities that others might utilized to shift blame elsewhere.

Finally, my conversations with Dan make clear to me that he fully regrets his actions (and/or lack of action) and is profoundly remorseful. He knows that this crime is a stain on his life. To be sure, this conviction is a source of deep personal anguish. For these reasons, he will never engage in this type of conduct in the future.

Thank you for the opportunity to share these thoughts with the court.

Sincerely,

Mark Bernstein

Andrew Blank

The Hon. Gershwin Drain
United States District Court
U.S. Courthouse Room #751
231 W. Lafayette Blvd.
Detroit, MI 48226

December 7, 2023

Your Honor:

I have known Dan Israel for well over 20 years. We were introduced by my brother, who was and is very close friends with Dan (their wives and kids are also best friends). Our relationship started as just business. My brother and I were business partners and Dan's company did all of our asphalt. I got to know Dan closer throughout the years in both business and occasional social occasions. During this time, Dan did a tremendous amount of work for us. As in every business relationship, there were occasions when the work wasn't done to our satisfaction. In every instance, Dan always made sure that any issues were resolved quickly. He always did the right thing by his customers. I know this through my dealings with him and also through industry peers. Also, during some lean years for us, Dan was always willing to help us with payment arrangements when we couldn't afford to pay in full.

In 2018, we sold our business, and I became a business coach. Dan was the first person to give me a chance by bringing me in to help with his company's annual planning. A day that he always called the most important day of the year. The confidence he showed in me without really knowing what my work would look like helped me launch what I feel is a very successful business. Not only was he the first to hire me, but he has also referred more potential clients than anyone else. In addition to that, when I needed an office, he made sure I got a very attractive lease in a building he owns.

I am aware that Dan has been convicted of a felony. While I take something like this very seriously, and don't condone his actions, I want you to know that I consider Dan to be an incredibly honorable person. He has shared with me that he pled guilty and is anxious to pay his debt. He is looking forward to putting this behind him so he can continue to be a good member of this community. I, along with many others, feel that whatever Dan has done is far outweighed by all that he has done to help his friends and colleagues.

Today, I consider Dan to be a very good friend to me and my wife. And if I ever truly needed the help of a good friend, he would be very high on the list of people to whom I would turn, knowing that he would do anything to help me or any member of my family.

Sincerely,

Andrew J. Blank
Franklin Advisory Group
ablank@franklincompanies.net
586-850-5439

David Blank

David Blank

1039 N Old Woodward Ave Unit 4

Birmingham, MI 48009

The Hon. Gershwin Drain

United States District Court

U.S. Courthouse Room #751

231 W. Lafayette Blvd.

Detroit, MI 48226


RE: Daniel Israel


My name is David Blank and I've been asked to share my thoughts and experiences regarding my relationship with Dan Israel, a man whose impact on my life is immeasurable.

My connection with Dan spans most of my life. It began when he invited my father and me to join him and his son, Ben, at a Tigers game. Knowing that Ben and I were the same age, Dan assumed we might get along. Little did anyone know that this initial meeting would lay the foundation for a friendship that has endured for over two decades. To date, that Tiger's game remains one of the most pivotal moments in my life. Not only did I meet my best friend and brother, Ben, I also gained a second father, friend and mentor in Dan.

Throughout my childhood, my older brother struggled with drug addiction, which was extremely difficult on myself and my family. Knowing this, Dan provided a safe haven, shielding me from the harsh realities at home. During especially difficult moments Dan would take me to dinner, invite me to stay at their home or even go on their family vacations. I have attended many Israel family vacations with, and without Ben. Additionally, Dan regularly made it a priority to ask me how I was doing and took the time to listen when I spoke. Dan's genuine compassion and ability to delve into the intricacies of my life created a safe space where I felt secure sharing my innermost thoughts. These selfless actions allowed me to experience a semblance of normalcy, that I wouldn't have been able to obtain otherwise.

As the years have gone on, Dan's role in my life has expanded beyond a fatherly role to a valuable professional mentor. In my journey as an entrepreneur, his insights and honesty have been invaluable. Whether seeking guidance for business endeavors or receiving relationship advice, Dan's ability to provide wisdom with thoughtfulness is something that I cherish.

When it came time to propose to my now-fiancé, Teddi, I knew that I couldn't do it without Dan's stamp of approval. His logical thinking, insightful judgment of character, and willingness

to ask tough questions made him an important part of the decision. Not only did he guide me with wisdom, but he also embraced Teddi as part of the family.

In the summer of 2023 Teddi and I were spending time in Montana with Dan and his family. During our stay, we decided to embark on a particularly difficult hike. Teddi had never hiked before, and Dan jumped into action to ensure that she would be comfortable and safe. He went out of his way to make sure that she had all the necessary safety equipment, down to the hiking poles. Despite only knowing Teddi for a short period of time, Dan showed immense concern for her safety akin to what he would show for his own daughter. However, I was not surprised by the kindness Dan bestowed upon Teddi as this is a regular occurrence in his daily life. He regularly shows care and concern for everyone around him from family to employees and beyond.  Dan's commitment to others sets him apart from all others. This is an admirable quality, which I have tried to model in my own life.

Even amidst recent personal challenges I have witnessed his resilience and determination to turn adversity into an opportunity for growth. His openness in sharing coping mechanisms, including meditation and breathing techniques, reflects his commitment to helping others even in the face of his own hardship.

Writing this letter under the current circumstances is heart-wrenching, but it is my honor to express my deep admiration and gratitude for Dan Israel. More than a character reference going into sentencing, this letter is a testament to a man who has been a cherished friend, an invaluable mentor, and a second father. Dan's influence on my life is permanently imprinted on me and so many others. I am forever grateful for the positive impact he has had on my journey.


Sincerely,

David J. Blank

Ronald Blank
4855 East Burt Lake Road
Cheboygan, MI 49721

November 1, 2023

The Hon. Gershwin Drain
United States District Court
U.S. Courthouse Room #751
231 W. Lafayette Blvd.
Detroit, MI 48226

RE:  Daniel Israel

Dear Judge Drain:

It has been requested that I provide an overview of my relationship, both personally and professionally, with Dan Israel, please accept this letter as such.

I first met Dan 25 +/- years ago when my partner recommended we consider ASI for our paving needs at one of our manufactured home communities.  My partner had recently met Dan and had him pave another project for him, he expressed his satisfaction with Dan and ASI.

Our relationship began in typical fashion, we obtained a proposal for the desired work and engaged the services of ASI.  Over the next several years Dan was my main contact at ASI, they did most of our paving for our commercial properties in southeast Michigan as far west as Ingham County.

Each spring Dan and I would tour our properties and determine the best use of capital to maintain our pavement and storm drainage.  As our relationship became more trusting, I was always encouraged to make sure I was getting the best value.  Dan would also make recommendations that would reduce the amount of work given to him, he was more concerned that my roads last than he get the extra business.

During this multi-year period I met several of Dan's staff members, primarily those that ran and worked on his paving crews.  Dan shared with me how he motivated his people, we implemented many of the technics he used in our business and with our employees.  It was easy to tell that his way of working with his people was successful.  You could tell that Dan was highly regarded by his staff, respected beyond belief, I have never witnessed anything close to this by any subcontractor we had previously engaged.  He would show up to overnight jobs at 3am to show his staff that he was an equal and didn't set himself above anyone.  He changed many of their lives, all for the better, not only economically but personally when the opportunity arose.  This is a rarity, especially in such a grinding industry.  He was also very tough, but always respected, not an easy combination.

I have always judged people that I deal with by how they handle adverse situations.  While I consider ASI to be a high-quality company, there were occasions when issues would arise with the finished product.  There was never an instance when ASI didn't stand behind their work, without question, the finished product was ultimately delivered as proposed.  Regardless of the cost to ASI to correct an issue Dan made certain we were 100% satisfied.  I experienced early on that Dan's integrity was second to none.

Early in our business relationship we quickly determined that we had a lot in common personally, we both had supporting wives, and children that were at the top of our priority list. Dan has 2 children, Ben and Leah, Ben is his oldest and was the same age as my youngest son David. Our personal relationship began with a trip to a Tigers game. A lasting friendship was forged between the boys that continues to this day; our sons are best friends. Observing how Dan communicated with Ben gave me an immediate sense of what kind of Father Dan is. Even at an early age you could tell how much Ben admired and respected his father. Their relationship motivated me and made me a better dad.

Dan and I also formed a friendship that has remained extremely close over the years. Rarely do more than a few days go by when we don't speak, typically before 5am as we are both early risers. It is important that you understand who Dan became to me over these years. I have shared with Dan my most personal issues with my family and whenever issues would arise in my business. Dan was one of a very small group that I shared our families' darkest years when my middle son was struggling with addiction. We experienced overdoses, failed stints at rehab facilities and all that go along with a parent's worst nightmare. Our son's journey will never be over in this regard but with the support of Dan we have all survived. Our son is 5 years sober. I am the person I am today because of what he went through, Dan was there every step of the way, calling me daily to check in, giving me the encouragement and support that I needed at a critical time. I am not sure how I would have survived this period without him.

My oldest son has also had struggles with an eating disorder and depression. Dan has always been there, truly caring about him, being supportive and offering his shoulder to lean on. Having serious health issues with your children, bordering on mental illness can test a parent's confidence in the job they are doing as a parent. Having Dan in my life, caring and giving his open and honest thoughts helped get me through these difficult times. I looked forward to our talks, he has always been helpful, and I know he truly cared and never judged, I relied on Dan more than he knew at that time. I only hope that I have done have as much for him.

I would also add that no matter what is going on in Dan's life (good or bad) he always has time to help a friend, always wants to hear what the other person is dealing with so he can offer help and show concern. Dan has always shown a true interest and concern for my family, I have witnessed this with how he helps other mutual friends. This, by the way, continued throughout the ordeal that Dan has been dealing with. He always, always put me and my family before what he was dealing with.

Dan has also mentored my boys, having met several times with my sons as they looked for advice on business and personal issues. Whenever an issue would arise with my sons and they wanted another perspective, they would call Dan, I always encouraged this. They were comfortable with Dan, respected his opinions and knew that he had their best interests at heart. From my perspective, I could not have been more pleased to have someone like Dan as a backup, giving solid and caring advice to my boys. Some people may feel threatened having another father advising their children, for me it has been a blessing. Knowing that I had someone that I completely trusted and respected, giving my sons helpful advice has been immeasurable.

In 2018 we sold our company. This was the biggest financial step of my life; Dan was the only person in my life that I looked to for complete guidance and reality checks throughout the process. I often refer to Dan as a mentor. Dan's opinions, support, and advice during this process were critical and incredibly helpful. He has been this person throughout our relationship.

In closing, I cannot emphasize enough who this man is to me, my family, and to others that are lucky enough to have experienced Dan either in business or in their personal lives.  Dan is the most honest, trusting, and loyal person I have ever known.  He has the highest degree of integrity, if he is wrong, he stands up to it and deals with the consequences immediately, if he feels you are wrong, he doesn't hesitate to point it out and challenge you to do what is right.  He asks tough questions because he cares, he is never afraid of being asked a question regardless of how personal it may be.  He is the truest friend and most trusting person (personally and professionally) that I have come to call a friend.

Finally, I must say this.  I just cannot believe I am writing this letter to help this incredible man as he heads toward being sentenced.  When I first learned of the issues that brought us here today, I was horrified about what lies ahead for Dan and his family.  I suppose there is no playbook for how to handle such adversity, but I can assure you that Dan took the position that if he somehow has done something wrong, he will deal with it head on.  I am certain he has done everything possible to be fully transparent because that is they only way this man knows how to operate, he has lived his personal and professional life this way for as long as I have known him.  I would trust Dan with every penny I have, with the health and safety of my family and those that I love the most.  I pray that you will consider the fact that Dan Israel is the best person I have ever known.  He has changed countless lives. My life is better, my family's lives are better because of this incredible person.

Respectfully


Ronald Blank

Steven Blank

The Hon. Gershwin Drain
United States District Court
U.S. Courthouse Room #751
231 W. Lafayette Blvd.
Detroit, MI 48226


To Whom it May Concern,


I am grateful and humbled that I was asked to write a letter explaining my relationship with Dan and the type of person he is. I first met Dan 20 years ago, when I was asked to babysit his two children. From that point on, I was treated as family, as is common to anyone who is close to him. When I was 16 years old, after years of not playing hockey, I decided to play again, so I called Dan. He set me up with a private trainer and allowed me to skate at his rink whenever I wanted. That is the theme that I have seen with Dan, if you want to work towards a positive goal, he will do anything in his power to help you achieve it.

When I was 25 years old and starting to make a push in my career, I struggled with consistency, confidence and a vision for my future, so I called Dan. Dan met me at Starbucks on Sunday morning, with a pen and notebook, he proceeded to give me an hour of undivided attention, writing detailed notes about what was going on. He then gave me a piece of advice that 10 years later I still hold as a pivotal part of my life- make sure that I am getting physical exercise at least three times per week, that my home life is stable and that I spend an hour by myself each week, planning out short- and long-term goals. He brought me examples of his goal sheets from 20 years ago, to show the evolution the practice took in his life. We ended the meeting with him saying that he would follow up with some more notes in a couple of days. I didn't think anything of that comment, as Dan is an extremely successful and busy man, but two days later he sent me a well thought out and detailed breakdown of everything that we talked about with some additional insights.

Fast forward 5 years, I left my corporate job and wanted to start a business of my own, so, I naturally called Dan. I showed him three business plans that I created and before we got into the details, he flipped through the pages and said "wow, you created this?!", I said yes and tried to move the conversation forward. He paused and made sure that we focused on how I should be proud of the quality of the plans, to not overlook the work that I had done. We went through the three plans, and he picked one of them and put the others aside. "This is the company you should focus on, put the rest aside and focus 100% on this one". That is the company that I chose to do and four years later, it has continued to grow and be successful. Again, two days later Dan followed up with an e-mail giving me more in-depth insights.

Every quarter or so, I call Dan to meet me at breakfast to heed his wisdom. I tell him where I am in life, both with my wife and two children and my company. And again, before we get into any details of a current situation, he has me take a step back to ensure that I am proud of my progress. One of Dans greatest abilities is he makes you feel special, that the hard work you put in day in, and day out is noticed and something to be celebrated. I leave every meeting with Dan invigorated, feeling as though I can

accomplish any goal or overcome any problem. He shows this with myself and my entire family, consistently. It is one of the many reasons I love Dan, he makes you see the best in yourself.

The last meeting Dan and I had, I noticed some differences in him. He told me about some of the issues he was having and the changes he was making in his personal life. He had started meditating, become more relaxed and focused on making more positive changes in every area of his life.  I am aware of Dan being convicted of an anti-trust felony. I know he has deep regret and remorse about the situation, and I feel confident that he will not be in this situation ever again. Dan is one of the best people I know, he shows sincerity and love in everything that he does, I am proud to call him my friend.

Sincerely,


Steven Blank

Bruce Brickman

October 27, 2023

The Hon. Gershwin Drain
Unites States District Court
U.S. Courthouse Room #751
231 W. Lafayette Rd
Detroit, MI 48226

**Ref: Dan Israel**

My name is Bruce Brickman, I am a real estate developer / general contractor doing business in Southeast Michigan since 1983. I have known Dan Israel since the day he went into business in the late 1980's striping parking lots. Over the past 40 years Dan and ASI have probably done 75+ large asphalt paving projects for us. I have seen Dan grow a company from a couple employees to hundreds of employees over the last almost forty years. In the real estate development / general contracting world loyalty is hard to find. It is simply a tough business. But Dan Israel was different from most sub-contractors we work with. I will expound upon what makes Dan different below:

When I heard Dan was in trouble with an anti-trust violation, I was beyond shocked. I know firsthand, given the longevity of working with Dan, that on all of our jobs Dan won contracts because ASI was competitive and competent and other asphalt companies ASI competed with to gain our business, were either less competitive or less competent. Dan always won our business fair and square. He didn't win every job but certainly the majority. In our business, working with the same sub-contractor for almost forty years is almost unheard of. Dan's loyalty to customers like us is simply unparalleled.

I personally, given the very long history I have had with Dan Israel, find it hard to believe Dan knowingly did anything wrong. But given that Dan was the President of the company he plead guilty because of his belief "the buck stops here". Two and a half years ago I heard Dan's offices were raided by the authorities, I spoke to Dan that day and he told me straight up "I have no idea why my offices were just raided, I told them to take whatever they needed, and I would be happy to cooperate as I have nothing to hide". Again, I truly believe at the time, Dan had no idea what was being alleged occurred from anything he did.

What made Dan's business so successful was loyalty and mentoring of his employees. There is a very high turnover rate in this type of business. I saw Dan hire high school dropouts, train them, mentor them, pay them well and create a good life for these employees. There were many men and women year-after-year I would see on an ASI crew paving our jobs. Dan took it personally to make sure his employees could get ahead. I know firsthand of employees of Dan's who had substance abuse or personal issues that as opposed to firing them, Dan coached and assisted to get them back on the right path.

As to Dan personally outside of business, I have become a close friend of Dan's over the past forty or so years. Dan is very different than most people who have achieved his level of success. Dan does not drive a fancy car or live in an opulent mansion. Dan has forever driven a pickup truck, and I don't mean just for work. He continues to drive a pickup truck all the time even though he

does not have to he is simply a working man.  Dan would wake up at 4:30 am to get to work and be out on job sites until after 6:00 pm (this includes weekends).  Dan was the guy at ASI who ran the field operations and got his hands dirty.  He was trying amongst other things to set an example for his employees and children of the value of hard work.  Dan would say "there is no shortcuts to hard work".  Most people did not realize that Dan was the heart and soul of ASI.

In talking and spending time with Dan over the last month, since the anti-trust violation became public, Dan has expressed remorse and unlike others who would be in similar situations has never once complained or bemoaned "why me".  If someone was to ask Dan "what is your greatest success" most would expect an answer along the lines that Dan built one of the most successful asphalt and trucking companies in Southeast Michigan.  But I can assure you that would not be Dan's reply.  Dan is very humble as to what he achieved in business.  Dan's answer would be "that I have helped people around me rise to the best that they could be and that I have raised two great kids", because Dan is a family man. That goes for his employees and his two kids, who under his parenting have become outstanding adults.  His daughter is getting married next year.  Dan could have simply retired after selling ASI but has moved on to other ventures using his past success to employ a new group of young people in his current business endeavors.  Dan is truly one of a kind.


Very truly yours,

Bruce Brickman

Richard B. Broder

**RICHARD B. BRODER**
4309 Geisler Court
Bloomfield Hills, MI 48301
248-770-1222

The Hon. Gershwin Drain
United States District Court
U.S. Courthouse Room #751
231 W. Lafayette Blvd.
Detroit, MI 48226

Re: Dan Israel

Dear Judge Drain,

I have known Dan Israel for over a decade. While I had been a time-to-time customer of ASI Asphalt, I only met Dan when I joined a group of people who skied together every winter. He was in the group for many years before I joined. So, while my relationship with was mostly social, there was occasionally some business we did together.

I was always in awe of Dan's work ethic; he would be up hours before the rest of the group, put in several hours of calls and work and spreadsheets, making sure the business and his employees were "on the job" before we went out on the mountain for a day of fun.

When we bought a new home and needed a major driveway project, I immediately called Dan. I would not have considered anyone else, as I knew his solutions would be smart and thoughtful, that his pricing would be fair, and his execution of the work would be flawless. Our driveway was steep and complicated, and proper drainage was critical to prevent ongoing flooding of our home. He took an intense personal interest in getting it right, and to this day talks about the challenge and triumph of our little driveway replacement. His approach spoke volumes for me about the type of person he is. Thoughtful, serious, competent, and caring all come to mind as ways to describe Dan in this setting, and all settings in which I've been around him.

Recently, I had the opportunity to have dinner with him and his wife Cindy, and another couple. At the end of the evening, he pulled me aside and asked if I had heard about his situation. I had of course. He said he wanted to tell me what was going on and let me know that he would like to answer any questions I had. We are more than acquaintances, but we don't see each other regularly, and he certainly didn't owe me any explanation.

It was important to him that I know firsthand what was happening, rather than dealing in rumor or misinformation. That alone is an example of the kind of person I find Dan to be. He has a big problem, and he's not afraid to face it, explain it, and more importantly, be accountable for it.

In the moment, my only question for him was whether he was going to be alright. Again, the forthrightness of his answer spoke volumes to me. He explained first and foremost that he did the things to which he would plead guilty. He understands what he did wrong and knows that he is to be held

responsible. He didn't express an ounce of denial and made no excuses. He knows that he must travel this difficult road, so that ultimately, he can be alright, with his family, his friends and in his community. His guilt, anxiety and remorse were palpable.  He set his stoicism to the side in order to explain what was going on to a friend. I was grateful for his honesty and asked if I could have the opportunity to give reference to the character that I know.

Upon reflecting on the fact that Dan has pleaded guilty and has been convicted of a felony, I struggle with what purpose serving time would be, how would society be served.  He has been otherwise a great family man, businessman, friend, and member of our community.  The circumstances under which he has pleaded guilty are known to him and acknowledged publicly.  His remorse is obvious.  I wonder if serving time would either increase his sense of punishment or advance his rehabilitation, I would assert, as a friend and casual observer, that Dan has been punished, and is certainly rehabilitated.  I am confident that he will never again find himself in such a situation.

I am hopeful that you will consider letting Dan continue to be a free and productive member of our community.

Sincerely,

Richard B. Broder

Jeffrey H. Brown

JEFFREY H. BROWN
348 Hawthorne Street
Birmingham, Michigan 48009

November 27, 2023

The Hon. Gershwin Drain
United States District Court
U.S. Courthouse Room #751
231 W. Lafayette Blvd.
Detroit, MI 48226

Re:  Dan Israel

Dear Honorable Drain,

I recently read an article about Dan Israel in the Detroit News in which Dan's attorney, Walter (Wally) Piszczatowski, was quoted.  I have known Wally for several years so I reached out to him and asked if I can do anything in support of Dan.  This letter is the outcome of that conversation.

I was a developer of numerous residential communities in Southeastern Michigan for about 20 years.  I first worked with Dan about 25 years ago when he and his company, ASI, installed the street pavement in many of these communities.  In the last several years, ASI has paved the parking lots for 2 commercial properties owned by my family.  In every instance, Dan and ASI have done an outstanding job.

If there was ever a problem with any aspect of the paving and I reached out to Dan, he would immediately address it.  He always took my calls, never attempted to evade responsibility or place blame on others.  He just fixed the problem, and this is one of the reasons that I have so much respect for him.

I have also known Dan, personally, for the same 25 years.  Dan and I lived in the same neighborhood.  Dan's son, Ben, and my son, Seth, are about the same age.  I remember when both kids were young, Dan and I would meet at one of the nearby playgrounds on Sundays.  Our kids would play together, and Dan and I would talk about business and family.  In subsequent years, Dan and I would see each other at many of our kids' sports events.  He was always kind and respectful to everyone.

I believe that through this time with Dan, I have gotten to know him well on both a professional and personal level.  He has a tremendous drive and work ethic for everything in which he is involved.  I know that Dan has been charged and pled guilty to an antitrust violation.  I have

spoken to Dan recently and he has expressed remorse for his actions.  He seems humbled with the goal of using this experience to make himself a better person.  I have always had, and will continue to have, great faith in Dan's abilities.  Going forward, I would like to have him work on my paving projects as well as participate with him in any other business ventures in which he affords me the opportunity.

Very truly yours,

Jeffrey H. Brown
jeffbrownlv@mac.com
248.979.7119

### Ian M. Burnstein
111 E. Merrill #300
Birmingham, MI 48009
(248) 762-0213
ian@spmadvisorsllc.com

October 29, 2024

The Hon. Gershwin Drain
United States District Court
U.S. Courthouse Room #751
231 W. Lafayette Blvd.
Detroit, MI 48226

  Re: Dan Israel

Dear Judge Drain:

It is my honor to write on behalf of Dan Israel. Dan entered my life as a client, became and employer, a partner and now a dear friend. Dan Israel embodies the qualities that motivated me the past 27 years we have known one another. He is the picture of what a father should be. He is a leader in business and a leader of men. I learned how to treat others with respect from Dan. Finally, he is a friend. He is the friend that you could call at any hour with any request and he would be there. He has personally been a support in my life as well as others and I will share some examples with you.

I first met Dan as a new lawyer in 1996. Dan was in the paving and trucking business and was developing subdivisions. I was his attorney on the real estate side of his business. I was so impressed with Dan. With raw talent, determination and sheer will he built an incredible company. I was in awe of how hard he worked and how motivated a team of people around him to create this business. He was self-taught and self-funded. He was the first true entrepreneur that spent time with me to share his story, his vision, and his dreams. He inspired me at a young age that I could do the same.

In 2000, it was time for me to move on from the law. I wanted to build something like Dan did. As luck would have it, they were looking to hire me at the same time. I will never forget my interview over breakfast with Dan when he laid out on a napkin the vision for the work that we would do together. I was ready to run through a wall for him. I was honored to receive and accept his offer. I did not negotiate one bit. I just knew that working with Dan was what I needed to be successful. Luckily, our vision for success worked out. Dan did everything he promised and more. He truly wanted his success to be my success. As we did better, my ownership became more valuable.

Working with Dan was not always easy but incredibly rewarding. I had to keep up with his energy. However, I knew that following his lead was the right thing to do for so many reasons. Watching him motivated me to be better every day. What also struck me was his passion for his family. Even though he worked harder than anyone I ever met, he was always there for his kids' sporting events, school events, whatever. Dan was there. But he did more than attend. He was present. He was the same way with his wife and that is why they have such a strong bond today. Dan set the bar high for me as a family man.

I believe I feel this close relationship with him because he reminds me of my late father. I lost my father a couple years after starting to work with Dan. Dan was a great support for me. My father had so many similarities to Dan. He was completely self-made. His priorities were his work and his family. I think his tough exterior was there to mask the big heart for those in his inner circle. Both worked hard to achieve success and I wanted to be just like them.

The other side of learning from Dan was the work. He demands a lot but he gives a lot. He would certainly have his people work hard but they would do it without complaining because of Dan. He is a remarkable motivator and leader. They also worked so hard because they always knew that he had their backs. He had their backs with customers and clients, with city officials and with personal matters as well.

Dan was support for hundreds of employees and that is why they were so loyal to them. I helped him document loans to dozens of employees that would have been in a terrible spot without Dan. He helped them out of personal situations and even hired attorneys when necessary. If they were going through personal issues they could talk to Dan. However, recently Dan did something heroic. He had an employee that needed a kidney transplant and was not having an easy time navigating the healthcare system. He called me since he knew that I was on the board of Henry Ford Hospital and had knowledge of the process. With Dan's help, we were able to successfully get him on the transplant list. Without Dan, this never would have happened.

I have also been the beneficiary of Dan's extreme generosity. In 2003, I suffered a grand mal seizure and was in a coma for eight days. I suffered severe brain damage, and it was touch and go for a bit. When I came out of the coma it took me over a year to get back on my feet. Without any hesitation, Dan called my wife and told her that I will remain on payroll for as long as it takes, and he will support me. Who does that? It was something I will never forget and have paid it forward several times already. Additionally, I am the president of the board of the Gary Burnstein Community Health Clinic. The Clinic is named after my father and we provide free healthcare to thousands of people. I called Dan to help solve a parking issue. Our patients and volunteers had nowhere to park and were inhibited from helping everyone. Without hesitation, Dan had a brand-new parking lot installed in four weeks and it was all free as a donation. This donation literally allowed us to more than double the capacity of patients that we see. I don't think Dan even appreciates the impact of this gift.

I ended up starting my own business in 2006.  It was not an easy decision to leave working for Dan.  Going to work for him literally improved my life.  He wished me well on my departure and has been my biggest fan.  Fortunately, we have remained very close friends.  We talk and meet with great frequency and there are few people in my life that have been more impactful.  We talk business and family often.  We both take great pride in our families and know that there is nothing more important.  Every time Dan and I talk I feel motivated.  But I also feel a sense of comfort.  Knowing that Dan is on your side is a great feeling.

I am obviously aware that Dan has plead guilty to an anti-trust crime.  I have seen a significant recent changes in Dan.  He was devastated to share with me the news and he is filled with regret and remorse.  Dan acknowledges his actions and I have never been more confident that he will never do anything like this again.  He will further commit himself to his family, friends, business and community.   Dan will not allow this to define him.  His tremendous acts and deeds will be his legacy.

In summary, I hope you appreciate the kind of person Dan is.  He is a principled and strong person that will take care of his family, friends, employees and community.  He has improved the lives of so many around him.  He takes great pride in seeing people he was worked with our helped succeed.  Regardless of the outcome, I know the kind of man Dan Israel is.  He will continue his helping ways and will always be the best he can be for himself and others.  I know that I am far from alone with my love, respect and support for Dan.

Very Truly Yours,

Ian M. Burnstein, Esq.