# EXHIBIT "A"
# PART 3
# CHARACTER LETTERS
# F - I

Alec Farrington

Alec Farrington
5600 N Flagler Drive, APT 408
West Palm Beach, FL 33407
10/31/2023

The Hon. Gershwin Drain
United States District Court
U.S. Courthouse Room #751
231 W. Lafayette Blvd.
Detroit, MI 48226

Subject: Letter of Support for Dan Israel

Dear The Hon. Gershwin Drain,

I am writing to express my unwavering support for my uncle, Dan Israel, who has recently faced the legal consequences of his actions. While I am aware that Dan has been convicted of an antitrust crime, I feel compelled to share my perspective on the remarkable individual that he is, as well as my belief in his capacity to make amends and build a brighter future.

I have had the privilege of knowing Dan for my entire life, and he also serves as my Godfather. Our relationship extends beyond the typical uncle-nephew bond, transcending into the realm of mentorship and support. For four years, I had the honor of working under Dan's guidance at his asphalt company, "ASI," where he not only served as my boss but also as an invaluable mentor. During this time, I witnessed firsthand the exceptional qualities that define Dan as a person of integrity and compassion.

The significance of Dan's influence in my life cannot be overstated. At a point when I was grappling with severe mental health issues and feeling utterly lost, Dan extended a helping hand. He offered me not just a job with ASI but also personal and professional mentorship. He saw potential in me when I struggled to see it in myself, and he became a guiding light during a dark period of my life. Dan's desire to help me grow and take control of my life and future was both selfless and transformative. His support not only provided me with a source of income but also helped me regain my self-confidence and direction. I can genuinely say that I would not be where I am today without his unwavering support.

These experiences underscore the depth of Dan's compassion for others. He consistently demonstrated his willingness to help those in need, a testament to his character and his commitment to making a positive impact on the lives of those around him. Whether through professional guidance, personal support, or simply being a dependable friend and family member, Dan has always been there when it mattered most.

Dan's integrity, and selflessness have left an indelible mark on those fortunate enough to know him. He has been a devoted family member, a loyal friend, a successful businessman, and a philanthropist who believes in giving back to the community. His contributions to charitable causes and community service have left a lasting impact, reflecting his commitment to making the world a better place.

In light of recent events, I want to emphasize my belief in Dan's ability to learn from his mistakes and to emerge from this experience as a more responsible and law-abiding citizen. He has

expressed deep regret and remorse for his actions, which are evident through the changes I have observed in him. Dan has become apprehensive about the consequences of his actions. I firmly believe that he will never be involved in such activities again.

I understand the gravity of Dan's conviction, but I hope my testimony sheds light on the incredible person he is, the support he has offered me, and my optimism for his future. I wholeheartedly believe that he has the potential to rebuild his life and continue his legacy of contributing positively to society. It is my hope that you will take my words into consideration when making any decisions related to his case.

Thank you for your time and understanding.

Sincerely,

*Alec Farrington*

Bill Farrington
3414 Hancock Bridge #A804
North Fort Myers, FL 33903


The Honorable Gershwin Drain
United States District Court
U.S. Courthouse Room #751
231 W. Lafayette Blvd.
Detroit, MI 48226


Dear Honorable Judge Gershwin Drain,

I am writing this letter to express my support for my brother-in-law, Dan Israel, in light of the recent legal challenges he is facing. I have known Dan for over 40 years, as he is my brother-in-law and an important member of our family.

One notable aspect of our relationship is the support and compassion Dan has demonstrated during difficult family times. His trustworthy nature, integrity, and willingness to help others were evident as he provided comfort and assistance when our family faced challenges. Dan's loyalty and compassion have been a source of strength for all of us.

In various roles, Dan has consistently exhibited traits that distinguish him as an exceptional person, friend, family member, businessman, and philanthropist. As a friend, he has been generous and supportive, always ready to lend a helping hand in times of need. As a family member, Dan has been an integral part of our lives, offering guidance and support through thick and thin. His generosity has extended beyond our immediate family to benefit others in need. Despite the recent legal issues, I firmly believe that Dan's positive qualities will continue to shine in the future.

It is with a heavy heart that I acknowledge Dan's conviction for an antitrust violation. I am aware that he has pled guilty to this charge. While I do not condone any illegal actions, I also firmly believe in the capacity for growth, change, and redemption. I am confident that he will use this challenging period in his life as an opportunity for reflection and personal growth.

My family and I stand by Dan during these difficult times and extend our support as he navigates the consequences of his actions.

Thank you for considering my perspective on this matter.

Sincerely,

Bill Farrington

John Farrington

The Hon. Gershwin Drain
United States District Court
U.S. Courthouse Room #751
231 W. Lafayette Blvd.
Detroit, MI 48226


To Whom It May Concern,

My name is John Farrington, I am writing this letter on behalf of Dan Israel. I have known Dan for 42 years; he is my brother-in law. Throughout these 42 years I have seen Dan as a college student, husband, father, business owner, coach and now an empty nester. Although Dan is not the person, I would call to change a battery in a smoke detector, his attributes lay elsewhere. He is a driven, hardworking man, with a high moral compass.

Dans approach to success is through working hard, nothing is handed or given to you. This is clear through his actions of always being the first one to work and the last to leave. This may not appear to others as a character trait, but the way I was raised, it is. Dan is the kind of person that would just jump in and help if needed at work, whether it was sweeping floors or shoveling asphalt. Dan has the mentality that nothing is beneath him. I always thought it was telling that he would drive his trucks over 200,000 miles, however, he made sure his men always had nicer trucks than himself.

When his children were young, they would go down to the homeless shelter during the holidays and volunteer by helping feed the homeless. Dan was always involved in his children's sporting activities. After the children moved on from youth sports, Dan volunteered his time coaching youth hockey. These qualities show the character of a caring and giving individual.

Dan informed me that he was pleading guilty to an antitrust violation and that he would be charged and convicted of a crime/felony. You could tell by the tone of his voice and his demeanor that he is very remorseful and sorry for the events that led to this charge. Although, I do not know all the details involving the antitrust violation charge, I do know Dan to be a hardworking, dedicated husband and father. It is obvious that he regrets his involvement in this violation, he has learned from his actions and the consequences that come with such a serious charge.

Respectfully,
John Farrington

Wafa Farrington

November 3, 2023

The Honorable Gershwin Drain
United States District Court
U.S. Courthouse Room #751
231 W. Lafayette Blvd.
Detroit, MI 48226

Dear Honorable Judge Drain,

I write this letter with the utmost sincerity and a strong sense of responsibility as I advocate for my brother-in-law, Dan Israel. My name is Wafa Farrington, I am a retired elementary school teacher, and a friend who has known Dan for well over 30 years. Our shared journey through life has been woven with threads of love, trust and unwavering friendship.

Dan and I first met during our young adult years when we were both dating our future partners, building families, and creating memories. Together, we have celebrated the milestones of our lives, from the joyous occasions of our weddings to the miraculous births of our children, their special birthdays, the warmth of the holidays, and the fun filled family trips. Throughout these shared experiences, Dan consistently emerged as a man of integrity, compassion and loyalty, exemplifying the true essence of friendship. Dan's character has been a testament to his unwavering commitment as a husband, a father, and a friend to many. His moral compass has always pointed in the direction of honesty, generosity, and thoughtfulness.

I feel the need to share with you a deeply personal and significant chapter in my life. Several years ago, my oldest son found himself lost in a dark place in his life. My husband and I were grappling with the overwhelming challenge of helping him find his way back. In our moments of despair, when it felt as though hope was slipping through our fingers, Dan extended a helping hand out of genuine concern and love for our family. With unwavering determination, Dan took my son under his wing, offering him guidance, support, and encouragement to rediscover his purpose and reclaim his place in life. Dan invested countless hours, patiently nurturing my son's growth and development. He even provided him with employment opportunities, all while maintaining open lines of communication and sharing encouraging updates on my son's progress. Through Dan's mentorship and unwavering support, my son's life took a transformative turn, and for this, I am eternally grateful.

It is with a heavy heart that I must acknowledge Dan's recent conviction for an antitrust felony. While this chapter has cast a shadow over his life, it has also revealed a side of him that further exemplifies his character. Dan has not shied away from the gravity of his actions; instead, he has confronted his mistakes with deep reflection and remorse. He has used this experience as a catalyst for personal growth and self-improvement.

I ask you to please consider the full extent of Dan's character, the significant impact he has had on the lives of those around him, and the sincere remorse he feels for his actions. This letter serves as a testament to his enduring qualities as a thoughtful, honorable, and hard working individual.

I hope that you will weigh the totality of Dan's character, his past deeds, and his ongoing commitment to self-improvement when making a decision regarding his case. Thank you very much for your time and consideration.


Sincerely,

Wafa Farrington

Melissa A. Fisher

Melissa A. Fisher
10025 Emerald Falls Blvd.
Grand Blanc, MI 48349
248-935-9638

October 27, 2023

The Hon.Gershwin Drain
United States District Court
U.S. Courthouse Room #751
231 W. Lafayette Blvd.
Detroit, MI 48226

Dear Hon. Gershwin Drain,

I am writing this letter on behalf of Mr. Dan Israel because I feel that he is a good person who happened to get caught up in a bad decision. I am aware that he has been charged and has pleaded guilty to an antitrust violation. In my opinion, bad decisions do not necessarily make bad people.

I remember the first time I met Dan. It was in March of 2016 at ASI and Dan was interviewing me to be his Executive Assistant. We chatted for only minutes, and I could tell that we would get along just fine. He was friendly, very professional and had an aura about him that made him easy to talk to. I will never forget the one question he asked me during the interview and that was, "Who do we both know that is famous that I personally looked up to as a role model and why?" I replied "Joe Dumars because Joe Dumars is a natural born leader, who works hard and motivates others to do the same. He is a winner and I have always loved his work ethic and his love for the game." I swear it was only a 5-minute interview and I was hired. I believe he respected my answer because he could relate. I witnessed his love for his work and how he motivated and encouraged his employees to do their best professionally and personally. I believe he is someone people respect and see as a good leader. Although our time together was cut short due to my personal circumstances, I really enjoyed working with Dan. Dan and I have remained in touch over the years through the asphalt paving industry.

If I had the chance to work with Dan again, I would. He cares about the work he produces, and he also cares about the people he interacts with. We all make mistakes and mistakes like this can change a person for the better. I believe Dan to be someone who has learned from this mistake and would not be involved with anything like this ever again.

Thank you for your time and if there are any questions you need answered from me, please feel free to reach out at any time.

Sincerely,


Melissa A. Fisher

William Goldstein, MD

October 26, 2023

The Hon. Gershwin Drain
United States District Court

Your Honor:

I am honored to write this letter of support for my friend, Dan Israel. I am aware that Dan has pled guilty and been convicted of an antitrust crime, which is a felony level offense.

Dan has been a personal friend of mine for over 10 years, and I have had the pleasure of knowing his wife very well for over 40 years. Our children were in school together and participated in extracurricular activities together, so I also have insight into their family life. Dan and I have travelled together, spent time one-on-one, and in groups, and have been together many times with our families.

Dan and I really got to know each other during a drive to Northern Michigan. We had met briefly while watching our daughters play hockey together, but had not spent any significant time together. Our first real time together was a four hour drive, just the two of us, in Dan's pickup truck. To say that the time flew by is an understatement. We had an instant connection and found multiple topics and mutual ground for conversation.  This was also my first insight into how much Dan's family means to him. He spoke of maintaining the strongest possible relationship with Cyndi, and the two of them bringing up strong, intelligent members of our community. He also insisted that his kids be able to stand on their own. Dan is a very strong, dedicated man, and I can't think of a better father to instill these lessons in a child.

Personally, over the years, I have found Dan to be a great confidant. He is willing to take on any subject and has a strong moral compass that allows him to speak with authority and integrity. He is a man who is loyal to his friends and family, as well as being generous with his resources. Dan loves to have fun, and his laugh is loud and infectious. This is part of what makes the recent change in Dan so obvious. We have spoken about the charges against him at length, and while he is resigned to the outcome, he seems very upset and anxious. He has reflected on this matter at length, and I believe he has learned a lot and displays true regret.

I believe strongly that Dan is, at his core, a good man, who is trustworthy and would never be in this situation again. He has been, and will continue to be, a model of hard work and integrity to his family, friends, and community.

Sincerely,

William S. Goldstein, MD

Michael B. Good

**Michael B. Good**
**410 Heller Way**
**Fort Washington, PA 19034**

November 9, 2023

The Hon. Gershwin Drain
United States District Court
U.S. Courthouse Room #751
231 W. Lafayette Blvd.
Detroit, MI 48226

Judge Drain:

The purpose of this correspondence is to provide you with background and a character reference for my close friend Daniel (Dan) Lee Israel. I understand that Dan has been convicted of an anti-trust crime/felony.

I first met Dan in the fall of 1979 as a college Freshman at Denison University. As young men entering this exciting phase of our lives, we were anxious to make new acquaintance's and to experience our new freedom independent from family and high school friends. Dan and I ended up entering the fall Fraternity rush that year and pledged the same fraternity, Sigma Alpha Epsilon.

It was during our pledge experience where I got to know Dan on a deeper and more personal level creating a lifelong friendship that continues to this day. I count Dan among my closest friends and he and our other brothers have remained closely connected through the bonds we developed during those formative years.

As I grew to know Dan I began to understand his strong commitment to family and friends, incredible optimism and positive outlook, his drive and desire to achieve and his deep sense of generosity. One of the earliest examples I remember is when Dan, several others and I volunteered to coach youth basketball in Newark, Ohio while we were in college. As with any task, Dan committed himself to the kids and the program immediately. You could see the young boys gravitate to Dan's incredible enthusiasm promoting their self-confidence and compassion for each other. Throughout his life, Dan has coached, mentored and supported a myriad of teams, developing young men and women and building character and belief in self. Teaching them life lessons they can use outside of sport to become successful engaged members of society.

On a personal level, Dan has been a great friend and a compassionate listener. He and I both married our college sweethearts and over the years, enjoyed reconnecting and catching up with each other as the talk always drifted back to our wives, Vanessa and Cyndi. We were both very committed to our marriages and always talked about how their support is what kept us going in the most difficult of times. In March of 2016 my wife was diagnosed with Pancreatic cancer and

after a five year battle, it took her life. It is in those moments of life that we need the support of family and friends most and true to form, Dan was on the scene, providing support and love along with the occasional much needed laughter with an old story or anecdote from the past.

One of the things I learned early on in my life is it is not what you do when you fall but what you do when you get back up. I have seen Dan fall before and I know how seriously he takes failure and then commits to a different outcome. In my personal conversations with him, I can feel his deep sense of remorse and regret over what has happened. More importantly, I sense his commitment to make it right through whatever is deemed necessary and move forward with a determination to never make this type of mistake again. He is clearly very serious about his rehabilitation and his desire to make things right.

Thank you for your time and consideration.

Sincerely,


Michael B. Good

Christopher Goodwin

Christopher Evans Goodwin
8611 Thendara Blvd.
Clarkston, MI 48348

Nov. 3, 2023

The Honorable Gershwin Drain
United States District Court
U.S. Courthouse Room 751
231 W. Lafayette Blvd.
Detroit, MI 48226

Dear Judge Drain:

I am writing to tell you something about Dan Israel, who has pleaded guilty to an anti-trust felony.

He is a hero to many. A mentor. A father figure. A provider and a teacher and a coach.

Please take the time to read the following anecdotes. Sharing them is the best way I know to tell you about this guy I admire and love.

I was a laborer and crew leader at Warner Brothers Services in 2018 when my foreman and friend, Jake, left us to go to work for Dan at ASI. Jake quickly earned a reputation as a hard worker, and he got a nice raise. One day he came in my house and said, "Dan took away my raise." He explained that he was late for work two days in a row. He was still in his 90-day probationary period, and being late just once was grounds for firing. Jake was a promising labor asset, but Dan couldn't just let him slide because of that. So Dan took away his raise. I said to myself, "This guy Dan gets it. I want to work for this guy."

So I wrote him a letter. The letter said, "I haven't missed a day of work in four years." It said, "I don't BS my boss." And it said, "I'm kind of weird."

Dan got that letter and reached out. He said, "I need weird." He needed, to be specific, a guy with the right amounts of intelligence, quirkiness, drive and determination to excel in the operation of an Elgin Whirlwind street sweeper, the most complicated and temperamental sweeper in the industry.

Dan has the ability to see a person's potential and has the interest or the desire to help the person achieve that potential. He saw mine, and he willed me to achieve it. He has done it for hundreds of other men. He believed I could succeed even when I didn't believe it. And he intervened in my situation and pulled me out of it. I'm going to tell you more about this. But please know I am one among hundreds. Dan is a man whose satisfaction comes from bringing other people up.

I was a newspaper and magazine editor for 18 years. I never had a dollar in savings during that 18 years. I am now a street sweeper operator with tens of thousands of dollars in the bank.

I was a drug addict for 30 years (assuming cannabis is a drug). I am now drug free.

I was a renter throughout my adulthood. I am now a home owner.

I was once a loser. I have become a winner. I was a man-child, a boy. I have become a man.

I owe all this to Dan.

He saw my potential. He believed in me. He pulled me along when I needed to be pulled. He pushed when I needed pushing.

Midway through my first season as a street sweeper operator, I was flailing, and everyone saw it. Dan's lieutenants were suggesting I wasn't going to make it. Dan took me aside. He said, "Chris, everyone who works here is a winner. You're a winner, but you're not acting like one. Do you think I'm stupid for hiring you?" My response was emphatic: "I think you have a unique ability to measure a man and put him in position to reach his potential."

Dan said, "YOU said that, not me. I put you in position. But I can't drive that truck for you. You yourself have to reach your potential." He asked me about my relationship with my parents. I told him that my father and I struggle to get along. I told him my mother is a witch. Dan said, "If you succeed here, you'll turn that around 180 degrees."

I don't know how he knew that. I don't know how it works. But before my first season ended, my parents and I were closer than we have been since I was a child. We're even closer now, 4 years later.

Many times that first season, I'd ask a co-worker, "You like Dan?" and, to a man, they all responded without hesitation, "I love Dan." Many have told me how he helped them achieve some measure of success in life, overcome some addiction, reach some goal, improve their career trajectory.

One time I told him that he had provided the food and shelter for hundreds if not thousands of workers and their families, and he blushed. "Don't say I did it. ASI did, maybe."

It was not ASI. It was DI. Dan Israel. He has a few core values. One of them is "Home Grown." He takes people where they're at when he meets them, flaws and all, and grows them. He is a man of second chances. And third chances. And, as far as I know, eighth chances. Tenth. Who knows how many times he'll give you a chance. People who left his company come back. It seems like they always came back.

Another value of his is "Honor Your Commitments." Do what you say you're going to do. One time he said something I hope I can live up to. He said, "Some people can call me an asshole, but nobody can say I didn't do what I said I would do." Damn right, Dan. Do what you say you're going to do.

I could share more anecdotes. But this letter is already nearly three pages. And even if I went on, I wouldn't be able to express exactly how highly I esteem that man. I have worked for several amazing bosses. But I have never met anyone like Dan Israel. It is an honor that he knows my name. It is a privilege to have known him. Having worked for him is one of the great pleasures of my life.

It's just impossible to put into words what Dan has done for me and for hundreds of others. Maybe the best I can do is to say I think Dan's joy in life is helping to bring people "up" in life. I just can't get the words to truly mirror the reality.

Thank you for reading.

Sincerely,


Christopher Goodwin

Patrick M. Hagar

The Hon. Gershwin Drain
United States District Court
U.S. Courthouse Room #751
231 W. Lafayette Blvd.
Detroit, MI 48226

Dear, Hon. Gershwin Drain

I am writing this letter as a character witness for Dan Israel, who is a dear friend and future father-in-law of mine. I have known Dan for five years and I can attest to his outstanding character, integrity, and compassion for others.

I was fortunate enough to meet Dan around the half year mark of dating his daughter Leah. in present day, Leah and I are now engaged and have been in a relationship for five years. The reason I fell in love with Leah was for the remarkable personality and charisma she possesses. Traits of resilience, and perseverance coupled with a fun and endearing side. When I finally met her father Dan, I could tell he possessed these qualities and instilled the best of these values to his daughter.

Dan, simply stated, is one of the hardest working individuals I have ever met and has always been dedicated to his family, community, and work. He is a loving husband, father to two who has an incredible skill of leaving work at the door when he gets home to focus his energy and enthusiasm on those he loves. He also, has always been an active member of the greater Detroit community in giving back. One example is his passion for teaching foundational business skills to underprivileged students on a recurring basis. in work, he is a successful entrepreneur of multiple businesses of which many, he started from the ground up.

One of the first times I met Dan, he took me to a Muskegon Lumberjacks hockey game. I was not an avid hockey fan and knew little of the game. Dan instantly seized the opportunity to share his knowledge of the rules, best players, and strategy involved. As a human being, he has always done an exceptional job at making me feel welcome and familiar with the unknown - whether that's sports, business, or the greater aspects of life in general. I for one, could not be more thankful for the opportunity that our paths have crossed.

Moreover, Dan has instilled a process for his family involving the maintaining and expanding of generational relationships and continuity. One of the ideas Dan initiated, is a yearly family meetup where the main goal is to thoughtfully & intentionally pass along and align on family values, roles and decision making. I was openly welcomed to join this meeting next April and it shows great character that Dan is proactively taking steps to ensure the well-being and relationship of his family members are maintained. The Israel family is an extremely tight, thoughtful, and loyal group, of which I am excited for the future of being a part of, and grateful for the thoughtful entrance and welcoming.

I understand Dan has been convicted of an anti-trust crime/felony. Throughout this process in times we have met, he has been remorseful, open, and communicative of his wrongdoing to me. I believe he is well aware of his misconduct, and I firmly believe he is a man of great character who will not be involved in such an act again.

In conclusion. I believe that Dan Israel is an exceptional individual who has made a positive impact on the lives around him. He is a man of exceptional character, integrity, and kindness, and I believe he will continue to make valuable contributions to his family, his community, and society. I hope that you will take this letter into consideration as you make your decision in his case.

Sincerely,

Patrick M. Hagar

Mike Hamilton

The Honorary Gershwin Drain,

My name is Mike Hamilton.  In full transparency, I am aware Dan Israel has pled guilty to antitrust crime and will appear in your courtroom for sentencing.  I am writing on behalf of Dan Israel as a person, a leader, a friend, his character, and willingness to help others.   I have been involved with Dan Israel in many faucets to this point in my life.  We started our relationship as hockey dads in 2004.  Both our sons played in the HoneyBaked Hockey organization; we would collaborate on how to run our teams.  Our relationship evolved over time to a business/employee relationship. In 2017 I started to work for Dan in the Muskegon Lumberjacks organization as a video coordinator, in 2018 I was promoted to head coach for the next 5 seasons ending this December 2022.  Over my time in Muskegon, I would say our relationship turned into a very close and strong friendship.  Working for Dan always comes with challenges, Dan insists on hard work, having a goal, having a tight financial budget to achieve the goal (treat every financial decision as if the money was yours) and for us in Muskegon it was to develop those around us and win games.  I learned so much from Dan in regard to pushing myself, having a plan, having a budget, and learning from the mission.  After a couple of years together, I was able to gain Dan's trust and he basically gave me the keys to the car in Muskegon.   In life and in business once you show Dan your effort and earn his trust, he gives you the rope to run with.  However, he always checks on you and will call to right the ship if things get loose.  As I began to speak and spend more time socially with Dan, I learned more about his love for his family.  Dan would do anything for his wife (Cyndi) and always speaks of her in the highest regards.  He was very clear on his plan for life, he would wake up very early every morning, win the day at the office, drive the business, then get home and give 100% to his wife.  Dan challenged his children much like his employees, to be driven, focused to be as successful in life and sports as possible. They are both very successful in life thanks to Dan's leadership and support as a father.  When coming to Muskegon for games or meetings, Dan always asked to bring my children with him (which he did many times) to Muskegon from the Detroit area for me to see and spend time with them.  He is a family 1st person in his life and those who work for him.

I think back to the positive impacts we as friends & associates had to date in our lives between the hundreds of young men we coached in hockey, the Hockey organization in Muskegon we saved from closing forever which now thrives in a healthy community.  The 10,000's of children were positively impacted in the Muskegon area by the reading caravan which was funded and run by Dan and the Lumberjacks Foundation.  This one black cloud does not even come close to covering up all the good & positive impact Dan has done for so many others.

To be honest, I find it hard for me to believe that Dan is involved in this situation.  I am not giving him a free pass, nor do I condone this situation.  It's just, I cannot remember a time in knowing Dan that he was not direct to the point and completely transparent to a fault.  If I ever questioned anything, Dan shared the business profits and loss numbers with me, shared personal information should it be relative to my question or concern without hesitation.  In fact, to me, it's a downfall of Dan, his inability to keep a conversation or information to himself.  If I had something to vent about or just needed to be between Dan and I, it was never possible for him.  He felt it was always necessary to tell the truth, be transparent, be open, be honest and get to the root of the issue and fix the problem.  When I think about Dan

learning from this situation and being better for it, it actually makes me chuckle because I am sure he already has a chart put together on the situation, how he learned from it and how to make sure not only he, but the people important to him never repeat the same mistake.  And yes, he will of course share the chart with anyone who asks about it regardless of if it's a sore subject to him.

I am a firm believer in paying the price for the choices you make.  I know in my heart there is no punishment you can give Dan that will make this less hard on himself for the decision he made. Knowing Dan, disappointing Cyndi, his children, friends, and family will not be taken lightly.  I guarantee you, Dan will for sure come out of this situation a better man and have a positive impact on society going forward.  I know I consider him a friend and someone I want in my life going forward.
Thank you for taking the time to learn about Dan and hearing how Dan has had a positive impact and been a blessing for me and my family.

Mike Hamilton
Cell: 313-550-5450
Email: coach85s@yahoo.com

Edward Hersch

The Hon. Gershwin Drain
United States District Court
U.S. Courthouse Room #751
231 W. Lafayette Blvd.
Detroit, MI 48226

Judge Drain,

I have known Dan Israel for over 45 years. Dan and I are a lot alike. Unfortunately, we couldn't attend each other's weddings as we got married on the same day, at the exact same time. We both struggled in school, sitting in a classroom did not align with our skill sets. Dan started a parking lot striping business; I started a lawn spray business.

Once I started owning real estate and rental properties and Dan owned a paving company, I would consult with Dan on all my parking lot and paving needs. Dan always provided great advice and I would often hire him to work on projects for me. Dan stood by his work and his crew, if there was ever an issue with the result, Dan made sure to rectify the situation.

As Dan's business thrived, he always made sure to spend time with his family. Several times I would call Dan when he had a crew of 300 workers on a job site and Dan was with his son helping him with his paper route. He instilled a hard work ethic into his children, and he never stops talking about how much he loves his wife and children.

Dan has an uplifting spirit and he often reminded me not to give up when my business was going through a rough patch. His positive energy always uplifts his family and friends. I am aware that Dan has been convicted of an anti-trust crime/felony. Right now, his spirits are high, and he knows that although he is in a tough situation, he will get through it, and be a better person for it. I have no doubt that Dan is remorseful for his actions. He has expressed his remorse multiple times.

Edward Hersch

25015 Franklin Park Drive
Franklin, MI 48025

Kimberly Hickson

October 28, 2023


The Honorable Gershwin Drain

United States District Court

US Courthouse Room #751

231 W. Lafayette Blvd.

Detroit, MI  48226


Dear Judge:

I am writing this letter in support of Dan Israel. Dan is married to my best friend Cyndi. Cyndi and I have been friends since we were five years old.    I stood up for them at their wedding.  I have known Dan for over 35 years.


I have never known Dan in a business sense but only as a friend.  I can tell you, Dan is fiercely loyal, the hardest working person I know and a truly amazing husband and father.   When my husband was dying, Dan was the only spouse of my girlfriends to call me and say, "Kim, I know you are Cyndi are friends, but you are also my friend.   Let me know if there is anything I can do and I mean it!"  Dan really did meat it.   He will jump in at a moment's notice to help any friend that is in need.


Dan is also one of the hardest working people I have ever met.  We lived on the same street for over 20 years.  Dan left every morning between 4:30 and 5:00 am.  He came home well after 8 in the summer.   His hard work started when he was in high school striping parking lots. He went from striping parking lots to his very successful asphalt company.  He is truly a self-made man.


Dan has been present and involved in all his kids' many activities from toddler age through now.  He spent countless hours watching his son Ben play hockey or his daughter Leah play lacrosse.   His family is the most important thing to him.  He has told me repeatedly he is so sorry for the anguish he is putting Cyndi and his kids through.  Dan is tough but this is taking its toll.


 Knowing Dan personally, I would never doubt his character.   He is deeply concerned about his reputation, which has always been stellar.   I know this has really taken a toll on him even though he tries to portray himself as tough.  It is eating at him.


I hope this sheds a little light on the personal side of Dan Israel.


Sincerely,


Kimberly Hickson

1010 Chester

Birmingham, MI  48009

248-330-0051

Douglas Howell

October 29, 2023

The Hon. Gershwin Drain

United States District Court

US Courthouse Room # 751

231 W. Lafayette Blvd.

Detroit, MI 48226

Re: Dan Israel

Hon. Gershwin Drain,

My name is Douglas Howell, Detroit Country Day and Ferris State University graduate.  My relationship with Dan Israel began in the summer of 1990.  The construction company that I was employed with was in the process of going out of business, so I was in the need of job that would allow me to pursue a baccalaureate degree during the off season.  After consulting with a friend, I decided to apply for a position with Mr. Israels firm. During the interview process I was up front about pursuing a career in marketing research and that working in the construction industry was a means to an end.  Surprisingly, he offered me a job as a laborer on a paving crew and I accepted.  During my tenure with Mr. Israels firm my roles and responsibilities have been vast and put me on a career path that I did not see for myself.  I have held the following positions: laborer, lute man, screed operator, paving foreman, project manager, scheduler, operations manager, and a member of the firm's leadership team.  I did not know in 1990 that I would have the pleasure of working with and being mentored by Mr. Israel for over three decades.  Currently, I am still employed with the firm and serve as V.P. of Operations and a member of our corporate leadership team.

Like my story, there are many others that can share their growth and career development spear headed by Mr. Israel.  Some examples include the following people:

Stephanie Racine – began working for Mr. Israel at the age of nineteen as a data entry person in the accounting department and now serves as Corporate Controller. A member of our corporate leadership team.

Tony Allen – hired as a truck driver and now serves as President of our trucking division.  A member of our corporate leadership team.

Mark Lindsey – former truck driver that currently serves as logistics coordinator for our trucking division.

Ruben Martinez – former equipment operator that currently serves as a full-time project manager.

Dan believes in promoting and developing people even when they do not necessarily believe in their own potential or skill.  After many years, I realized the skills he looks for require zero talent: being on time, work ethic, effort, passion, honesty, integrity, being prepared, and being coachable.  Dan can teach and motivate anyone to do anything if they possess these intangibles.

He was always the hardest worker in the firm and worked in the business Monday thru Sunday. He worked early hours in the morning until well into the evening, rarely taking time off.  You could often find him in his office on a Sunday mentoring an employee not just about work, but often giving advice about life, family, and finances. Those people may not remember every lesson taught but will always remember how he made them feel.

Mr. Israel through his firm, fair, and friendly approach was able to develop good people and grow a business from a $20,000,000 operation in 1990 to over $100,000,000 operation before his departure in 2021.  In 2023 the business is still striving and is a testament to his strong leadership and development of people.

I have witnessed Mr. Israel give employees money out of his own pocket, offer employees investment opportunities, pay employees for a forty-hour work week when they were not able to work.  One example that comes to mind is Randy Walker Sr. Randy was injured in a motorcycle accident and was unable to work for an entire year.  Mr. Israel paid him forty hours a week at his hourly rate until Randy was able to return to work.

The same principles and core values that were developed for the firm, Mr. Israel applies to his personal life as well.  He would often give examples of applying those core values while raising his family.  The core values are as follows:

Safety First        Never Say Can't            Honor All Commitments

Proactive Communication: good and bad news must travel fast

Details make the difference            Overlook the Chatter

TAAF (Take Aim and Fire)            Desire to Be Part of Something Special

Willingness To Change and Grow        Home Grown

Built To Last

He is a devoted husband to his wife Cindy, a father to his two children Lea and Ben, a former colleague, a leader, a mentor, and most importantly a friend.  Second to only my parents, Dan has had the most impact on my development as a person and is responsible for my career journey and success.

Yes, I am aware that Dan Israel has been charged and has pleaded guilty to an antitrust violation, but if he ever needed my help or there was an opportunity for us to partner on a project in the future, I would be the first person to raise my hand.  The positive impact that he has had on the lives and families of employees speaks volumes about his character not only as a business owner, but as a person.  **My opinion of him will never change.**

Douglas Howell

**Ilitch Enterprises**, LLC

**Denise Ilitch**
*President*

P.O. Box 250210
Franklin, MI 48025-0210
dilitch@gmail.com

November 20, 2023

Denise Ilitch

The Hon. Gershwin Drain
United States District Court
U.S. Courthouse Room #751
231 W. Lafayette Boulevard
Detroit, MI 48226

Dear Judge Drain,

This email shares my personal insights and experiences with Dan Israel over several years.  I am hoping you will consider this in the sentencing process based upon his guilty plea and conviction of an anti-trust violation.  I am aware that this conviction is a felony.

Throughout the years, I have observed Dan in many situations as a community and charitable leader. He is always quick to help others with his time and his resources.  Dan has a very strong work ethic. He is direct, truthful, and quick to acknowledge a mistake or shortcoming.

I had faced a serious breach of confidentiality and Dan immediately supported me, spoke up about the importance of trust and confidentiality and influenced others to change their behavior.  He was very protective of me as a person and as a friend.

He showed compassion towards me and others.  Dan is loyal to friendships, and he has helped me through some rough patches. His words of encouragement and confidence in me inspired me. He's like the big brother I never had.

I am always impressed that Dan is relentless to learn ... a real hunger and a desire to improve himself.

Dan has shared all that has happened and has expressed deep remorse.  I have also observed a change in his demeanor.  He is more serious, sober, introspective, and thoughtful about his behavior and circumstances.

He has learned a lot and I believe will never be involved in such activity again. He will continue to contribute to our community and society in a faithful way and with the utmost integrity.

Kindly,

Denise Ilitch

Denise Ilitch

Kaye L. Ireland

October 31, 2023

The Hon. Gershwin Drain

United State District Court

U.S. Courthouse Room #751

231 W. Lafayette Blvd

Detroit, MI 48226

Dear Hon. Gershwin Drain,

I met Dan Israel when I started working for him in 2007.  I would see Dan daily every morning around 4:00 AM.  He was there to make sure the operations for the day would run smoothly and make changes to the schedule if necessary.  He wore many hats while I worked for him.  He handled all scheduling of laborers, operators, drivers, etc.  He was the guy that "made it happen" – seven days a week.  There was continuous stress daily with being able to put everything together, including administratively.  He instilled in his staff to be firm, fair and accountable in all facets of work and life in general.  I have the utmost faith in Dan's ability to be extremely successful in any project he may work on.

Dan was not only my superior at work, he was my mentor, but most importantly, he is my friend. Dan has personally sponsored many youth sports for his community and his employee's children.  He is a firm believer of "family first".  On several occasions, he provided tickets and accommodations for myself, and family to attend sporting events as he knew my son is an avid fan of Detroit sports teams.

Dan is goal orientated.  He puts in the work to achieve his goals.  I am confident in saying I would work for him or beside him on any project he has.  I have 100% faith in Dan.  I am aware that Dan has been convicted of an anti-trust crime/felony.  We have spoken several times about this matter, he has expressed multiple times how he regrets those decisions which led to the conviction.  With Dan's positive attitude and tenacious behavior, it is not a doubt that Dan will excel in correcting his poor decision in a constructive way. Dan has certainly taken this conviction seriously and I believe he will not be involved in any crime in the future.

It is my hope that this letter corresponding to Dan and his case acts as an effective and helpful aspect during the court's decision.

Sincerely,

Kaye L. Ireland

7515 Johnson Rd

Flushing, MI 48433

517-376-0619

Benjamin Israel
2003 Brooklyn St. Unit 406
Detroit, MI 48226

The Honorable Gershwin Drain
United States District Court
U.S. Courthouse Room #751
231 W. Lafayette Blvd.
Detroit, MI 48226

Re:  My Dad, Dan Israel

Dear Honorable Gershwin Drain,

Thank you for taking the time to review this letter and for all the time you will be spending on my Dad's case. I am very aware my Dad has pled guilty and admitted his role in an anti-trust violation/felony.  I have spoken with my Dad on literally hundreds of occasions about this case and I am deeply aware of the effects that this situation has had on my mother, my sister, myself, and of course on my father.  My Dad has already paid a severe price for his conduct, but I also understand that he has to answer for what he did in a court of law.  I know you probably hear that from a lot of people who write to you but I can assure you, for whatever it is worth, that it is true.

I have spent countless hours thinking about this letter, where do I start, what do I say, how can I write a letter about the most important man in my life? To be honest, I am not sure I can, and no matter what I say, I know it will not be able to encompass the strong feelings of love, admiration, and respect that I have for my Dad, which continues to grow stronger the older I get.  I am hopeful that I can in some way communicate how great of a man he really is, and I am hopeful that you will also recognize the great man he is.  He is a man who always lives up to his word, and who would give his life for his family and goes out of his way to help others.  My Dad is truly my best friend, my mentor, and my role model. His impact not only on me, my entire family, extended family, his friends, his coworkers, and all the people throughout the various communities in which he is a part is immense. As early as I can remember he has always impressed upon me the importance of being a good person, treating others as you would want them to treat you and, to work hard to accomplish whatever goals I would set in life.  From an early age I started working sweeping the garage floors and cleaning up oil spills with the truck mechanics at Asphalt Specialists Inc. There were no special breaks for me as the owner's son, and my Dad made that very clear to whoever I was working with, I was to work harder and longer due to the position I was in.  It was hard work, I had to earn the respect of the men and women at the company by being on time, working hard, and doing the right thing. What I did see from those early days from working in the field and then to being able to observe my Dad in various meetings in the office, one thing always stood out, while my Dad was a tough businessman, he always treated everyone the same and impacted all types of people's lives for the better.  It was just who he was.

My Dad taught me so much about life, from simply how to be a husband and father, how to be a friend, how to be a business partner, how to be honest, how to have integrity, and in this instance how to admit your mistakes, and how to learn and grow from them. He is someone who teaches by example.  For him, actions speak louder than words.  More recently, he has explicitly expressed to me, my mom and my sister, that what he did was wrong, and that there is nothing else he can do other than apologize to us,

and accept the consequences of his actions.  I can assure you that no matter what the result of his sentencing, there is nothing more painful about this punishment than the pain my Dad has already endured knowing that he hurt his family and caused so much stress, but also because he simply did not do the right thing, which he always taught us to do.

As I mentioned, my Dad is my role model and my hero and that is the case for my entire 31 years life.  He is the strongest, most determined, and steadfast man in my life. What he taught me most importantly was that family comes first, and that started with supporting each one of us and allowing us to do what we loved, to follow our passion. For me during my younger years that was sports, and my Dad never missed, and I mean never missed, one game in my 20-year hockey career.  I'm not exaggerating.  From 5 years old through my entire college hockey career, he never missed one game, either in person or on TV. And the same could be said of my sister, who was also involved in sports.  I have heard and seen situations where the Dad favors the son and maybe not so much the daughter, that was not the case for us.  My Dad always supported my sister fully and without question and never missed an opportunity to support her in all her endeavors.  The same things can be said for my mother, because while she had different passions and different hobbies, there was never a time that my Dad didn't support and love her unconditionally. I was blessed to be raised in a two parent household with two loving and supportive parents.  I could spend countless hours describing how my Dad spent and in fact still spends time supporting us, guiding us, helping us, advising us, and just being a great Dad.  I guess what I am trying to communicate is that my Dad is truly a family man first and foremost.  I don't know how much that matters in your sentencing, but it's important so that you can know who my Dad is.

The family man in my Dad is why this conviction for a felony has been so hard on him.  There are a lot of emotions that my Dad has shared with me as the result of his crime.  But, as a family man, one of the things that bothers him and of course which I see the most, is that he let down his family because he let himself stray from his true principles of hard work and doing the right thing.  But, I have promised my Dad and I will promise you, that our family will always look up to my Dad and will always be proud of him for who he is and what he's accomplished. That being said, no matter how many times I have told him that, there is now a crack in his armor…. He has broken down in tears in front of me more in the last 12 months than he has in the previous 31 years, and it is a very difficult thing to watch and for me to deal with because I care for him so deeply.  It is hard to watch the suffering and the pain that he is going through on a personal level in those quiet moments when he and I are together sharing the experience. It is heart wrenching. His tears usually arise when we talk about how this situation is affecting my mom. That too has been a difficult gut-wrenching experience for me, but I know the love we share will get us all through this in one way or another.  Additionally, there have been numerous meetings that I have been in with him where he mentally wanders off to a place of regret, and if the topic does come up with others, he always confronts it head on, admitting what he did was wrong and advising people to avoid his path.  But I can tell you how stressed and embarrassed and depressed he is about what he did because his left leg is always bouncing as a nervous twitch – a sign that perhaps only I recognize the importance of.

There is one more thing that my father has instilled in me, which he has taught me by way of example, which is to "turn negatives in your life, into positives". With his guilty plea, my father has openly and publicly admitted his wrongdoings and is using his own mistakes as an example of what not to do. My Dad has had many conversations with me and my sister about how he plans to make improvements to his life and work towards being a better member of the community, and he is a man of his word. Over

recent years he has used this case to display how he will respond to his mistakes as he has met with numerous of his former employees to explain the situation, utilizing his situation as a way to provide more business and financial mentorship to them. My Dad has taken the stress from this situation and directed it towards trying to improving his physical health and mental situation and is encouraging my mother to do the same as they are now in their 60's and my Dad has suffered from cancer in his kidney and more recently, a scary issue with his prostate that has luckily been resolved during a stressful but successful surgery.

Judge Drain, I am know I rambling a bit I know but I am doing the best I can to portray to you that that my Dad is a good person who has not only learned his lesson, but has communicated that learning experience to our family, our extended family, his business associates, his former employees, and anyone else who will listen.  I am sure every sentence has its specific circumstances to consider, it is my deepest desire that I ask you to please consider who my Dad is, and what he has done since this investigation started.

Thank you very much for taking the time to read my letter and for thinking about how to sentence my Dad.  Needless to say, I never thought I would be writing a letter even remotely like this letter but, I had to, given everything my Dad means to me and what he has done for me.  Thank you again.


Thank you,

Ben Israel

ben@douglascapital.com

248-505-8710

Cynthia Israel

Cynthia Israel
821 Henrietta Street
Birmingham, MI  48009

January 25, 2024

The Honorable Gershwin Drain
United States District Court
U.S. Courthouse Room #751
231 W. Lafayette Blvd.
Detroit, MI  48226

Dear Judge Drain:

I am writing to you regarding my husband, Daniel Israel, who has recently faced legal challenges due to an antitrust conviction. While this situation may seem daunting, I believe it is crucial to shed light on the person Dan truly is beyond this unfortunate incident.

As Dan's wife of 36 happy years and someone who has known him for over 40 years, I believe I possess a deep understanding of his character.  Moreover, I implore you to consider not only my perspective, but also the numerous letters from business contacts, employees and friends that attest to his true nature.

Dan dedicated 40 years to building a successful business, demonstrating an unwavering commitment through countless hours of hard work. His connection with the community extended beyond business transactions; Dan was actively involved in the lives of his employees. He extended his generosity by providing personal loans to address financial issues, health problems and legal troubles.  Hospital visits, attendance at funerals, and overall care for his people were not mere obligations but heartfelt gestures.

Dan is the most thoughtful, compassionate man I know.  He would give you the shirt off his back.   This reminds me of a time early in our marriage when faced with a skiing mishap. At the top of a very long run my ski snapped off of the binding.  Without thinking Dan took off his boot and ski, put mine in his back pack and we skied down. Dan had one ski and a sock on his other foot. Dan selflessly sacrificed his comfort to ensure my safety. This act is emblematic of his caring and considerate nature.

Family has always been a priority for Dan. Despite the demanding nature of his work, our children fondly recall him always being there for them. Dan instilled in them the values of honesty, integrity, and hard work, not just through words but by leading through example. His commitment to family extends beyond his immediate concern for their well-being.

Dan is not only natural leader but also an exceptional life coach.  His role as a husband and father is characterized by unwavering support, and his remorse throughout this ordeal is a testament to his concern for out family's well-being. Even in the face of adversity, he remains focused on turning negatives into positives, demonstrating resilience and an unwavering commitment to personal growth.

As close friends and family have shared, Dan's genuine sadness revolves around his concern for me.  Tears well up in his eyes when discussing the impact on our family. I am confident that we will emerge from this challenging life lesson stronger and more resilient.

I hope this letter, along with others, provides you with a comprehensive understanding of my husband's character.  Thank you for taking the time to read this letter.

Sincerely,

Cynthia Israel

Leah Israel

The Honorable Gershwin Drain
United States District Court
U.S. Courthouse Room #751
231 W. Lafayette Blvd.
Detroit, MI 48226

Dear Honorable Gershwin Drain,

I am Dan Israel's 29-year-old daughter, Leah. I grew up in Michigan with my family of four and have since moved to San Francisco where I live with my husband. In spite of living across the country, I am extremely close to my father, my mother, and my brother Ben. My words in this letter come from a place of deep closeness & knowing my dad and his character.

Firstly, I want to express my gratitude for the opportunity to write this letter. I am aware of the profound influence your judgment holds over my father's future and our family's, and I sincerely appreciate your time, consideration, and thorough review of his case.

I cannot emphasize enough how exceptional of a father, role model, leader, husband, friend, and human being my father is. His impact on every person, place or thing he encounters is undeniably positive. He is a man of his word, loyal to a fault, and has an unparalleled work ethic. On top of that, he knows how to find joy in everything, spread happiness wherever he goes, and give his time and effort back to the community to help others. His deep-rooted values, which he instilled in my brother and me, coupled with a strong moral compass, guide him to lead a purposeful and meaningful existence.

My dad has built a reputation as a person of unwavering integrity. He consistently demonstrates his reliability, sincerity, and commitment to doing what is right. From a young age, my parents instilled in my brother and me the importance of trust as the cornerstone of all relationships. We have always practiced honesty and open communication, never resorting to lies. Trust, we learned, is the foundation upon which love, respect, and effective communication are built. I know this is how he operates in his business relationships, and in our family. And, I know that is how he has conducted himself throughout this legal case.

At a young age, my brother and I were taught the value of hard work for personal development, confidence, and growth. We both worked numerous jobs from a young age at retail stores, babysitting, at restaurants, etc., and my brother worked alongside my father's employees on paving crews, where no one on the crews knew my brother was Dan's son, ensuring that no special treatment was given to him because of our father's position. In addition to our jobs, we received a monthly allowance of $50/month, but with the condition that we meticulously tracked every penny spent and submitted a report each month. Failure to submit the report on time resulted in fines and withholding the next month's allowance. This instilled in us a sense of accountability and discipline, and value of hard work and the dollar, life-long lessons my father has successfully imparted.

It is ironic and makes me so sad that I feel everything that my dad worked so hard to accomplish with his business is now shattered. This is why this is so hard, and truthfully...unbelievable for me at times because of how much good he has done for this world and our community.

From an early age, my dad recognized the importance of providing equal access to knowledge, and opportunities for both my brother and I. As a result of my dad insisting that I develop an ability to fend for myself and take care of myself, he taught me that hard work, dedication, and creativity could lead me to rival, if not surpass, men of my age in the business world. I am so grateful for this because historically as we all know, the world has often excluded women from the business world. It was my dad who empowered me to know my worth, and become a strong, independent woman with firm values and a solid foundation of not only the knowledge of the business world but interacting with people of all types. This has provided me more confidence and security in my life. And, my dad has always told me you can always outwork the other person, something which has stayed with me forever and, a trait which no one can take away.

One remarkable quality my father possesses is his ability to make everyone around him feel special. He achieved significant success in his business endeavors, driven by his determination, intellect, and the desire to create a better life for our family, a goal he has undoubtedly accomplished. But despite his demanding workload, he always prioritized being there for every dinner & goodnight tuck-in, attending every single sports game, celebrating every birthday and holiday, and witnessing every graduation. Yet, he didn't just show up; he was fully present, engaged, and actively involved. For instance, when I was a youngster playing sports, my father's sole focus was on me. He didn't attend games to socialize with the other parents like so many other parents did. He would sit in the corner and watch my performance. For each game, he offered to discuss my strengths and areas for improvement, aiming to enhance my skills for the next match. He never forced his feedback on me, but I always wanted it. This made my dad and I closer allowing us to work together on my goals and progress. I loved spending this time with my dad. It was, looking back, a really special time and allowed us to build a special bond. He treated my brother in the same dedicated and special manner. We spent quality time together, fishing, hiking, biking, and creating cherished memories that will last a lifetime. I have so many fond moments of time spent with him it is impossible to pick out a few you might find interesting.

Our parents instilled in us a sense of compassion, community service and volunteerism from a young age. We engaged in various volunteer activities, ranging from serving at soup kitchens to coaching sports to kids in disadvantaged communities. Even small acts of kindness, like buying coffee for the person in line behind us once a month, were instilled in us and became part of our values. Over the years, my father's commitment to giving back has only grown stronger. He actively participates in numerous philanthropic ventures financially, using his resources to make a meaningful impact. But he's not only monetarily generous, he's generous with his time, and effort. Generosity

and community engagement are integral aspects of his life and it is an example my brother and I strive to follow.

Despite my dad's tangible energy, thoughtfulness, care, and intense passion to generate positivity in this world, my dad is human, and humans make mistakes. And yes, his mistake has brought him into a position to be evaluated by the court of law. I am aware that my dad has pled guilty to an anti-trust crime. I am aware of the seriousness of this crime. I am aware of the effect it has had on my dad. I am aware of the effect it has had on my brother and mom, and all those who care about my dad, which I'm sure you can tell by all the letters you received. There are a lot of people who want to help my dad because he helped them. He did this way before he got into trouble so it's not like he's doing it now to make an impression. It is who he is.

My father has always demonstrated a strong commitment to open communication, both as a parent and as a leader. When my brother and I had arguments as kids, he would call us together to a meeting so we could respectfully share perspectives and find resolution. In a similar spirit of honesty and vulnerability, he has shared with us the deep remorse he feels for the pain this case has caused our family, the embarrassment he has caused us to suffer, and speaks openly to us about his regret and how he is going to move forward. I have never seen him more upset. It is difficult to see your dad go through this but as he has said, we will get through this together.

My dad lives by a lot of 'mottos,' typically acronyms that he makes up from his life experiences. BBS is perhaps the most important motto he lives by in the context of this letter. It stands for "Bounce Back Skill." This is of the many things that my dad has expressed over and over to me and my brother – don't make the same mistake, it's not worth it, learn and grow from your mistakes, which we all make. I learned about BBS early in my life, when I was a freshman in High School when I made a few big life mistakes of my own. I was particularly down one summer, spending my time reflecting and dealing with my regret, remorse and emotions. One day, my Dad dragged me up out of bed, and he drove me around our hometowns, all the places where I went to school, and down memory lane. We drove to a childhood park & sat outside, where he taught me about BBS, a day I won't ever forget. BBS: the skill of turning a mistake, or something negative, into a positive. From that moment forward, I owned my mistakes, learned from them, and marched out with my head held high, and with stronger Bounce Back Skill for the future mistakes I would certainly make in life.

My dad is using BBS in full effect. He is more reflective and intentional than he has ever been with his time, efforts, and self-discovery. Just as you would expect if you knew him personally, my dad is taking full ownership of what he did wrong. Since this investigation began, he is giving back more to the community more, teaching volunteer business classes at local high schools and colleges. He is meditating every morning, he has deeper friend, family, and business relationships than ever before, and is working to be in the best mental and physical shape he can be in given the circumstances. His motto so far this year is "good to great" and he is living intentionally every day to push

himself to be great.  He has a strong desire to grow from this experience, and come back stronger, kinder, and more compassionate, continuing to spread his positivity to everyone around him.

While the legal consequences of my father's actions cannot be undone, I hope you will consider the person he is, his character, his impact and who he strives each day to become.

Thank you for your time and consideration.  I appreciate your dedication to reviewing each case with fairness, wisdom and an eye towards rehabilitation.  My dad is someone worth "saving."

Thank you,

Leah Israel

Marc Israel

The Honorable Gershwin Drain
United States District Court
U.S. Courthouse Room #751
231 W. Lafayette Blvd
Detroit, Mi 48226

Dear Judge Drain:

I am writing you on behalf of my brother Dan Israel.  I am aware that my brother has been convicted of an anti-trust crime and has pleaded guilty.

I am also aware of what a good person Dan is in his everyday life.

Unlike other letters you may receive, I can offer you a unique perspective as being Dan's older brother. I have known him all his life. We grew up in a solid middle to upper middle-class neighborhood in Southfield. Our parents were supportive but strict. Our Dad was a second-generation family business owner, which I have since taken over and now my sons are involved.

Our father installed a work ethic as Dan and I were running the blueprint machine, moving commercial refrigerators, ovens, driving stake trucks Etc. At night he had us making "buy-out" brochures around our ping-pong table. Differences between brothers were typically solved with boxing gloves in the basement.

Dan has always had a strong work ethic. We started Global Stripping when we were in high school. Our parking lot striping company grew into what is now ASI. I left the business after I graduated from Western Michigan and my 2 brothers continued. Dan and Bruce bought a small asphalt company after I left and grew into the successful business it has become. Dan was the driving force in the growth and success of the company. As their older brother I am immensely proud of what they have built. They are what has made America great.  A $600.00 investment by some brothers and Dan and Bruce grew it into a multimillion-dollar company.

Dan's work ethic, commitment to his friends, employees, clients are like no other. Dan is a trusted confidant of mine and many others. I have told my wife many times that if there is ever a time you need assistance, call Dan first. Dan would help anyone at any time.  Dan would drop anything to help his family and friends. He is loyal, a straight shooter and someone you can always rely on. Dan is not afraid to stand up for what he believes in, no matter what others may think. His role as father, husband and mentor to his son and daughter are what every family could use. Dan was always supportive but never "coddled" his children. Both have grown into strong young adults.

Dan has confided in me throughout this process. He readily admitted his guilt and acknowledged that what he participated in was wrong. He has shown remorse and regret, he acknowledges his stupidity/mistakes and corrected his ways prior to being convicted. During this process I often thought that Dan could offer society a lot of knowledge. He is a leader, a visionary, a natural teacher with lots of knowledge. He could help/teach young adults how to be an entrepreneur, how to start, run a business, how to plan, to anticipate roadblocks and maneuver around them. He could really make a difference in so many young people's lives.

Dan is someone incredibly special. While he committed this crime, he is so much more and the "more" is good, honest, hardworking, great friend and brother. Dan is always and will be someone you can count on no matter what; you want him on your team.

Judge Drain, please consider all the good, all the hundreds of employees and their families, the young players on the teams he coached, all the lives he has changed for the better. In the overall scope of Dan Israel's life, he has made a positive influence in so many lives, including mine.

Please take all the god Dan has done and will do when considering his punishment.

Marc Israel
*Great Lakes Hotel Supply Co.*
24101 West Nine Mile Road, Southfield, MI 48033
Office phone:  313-962-9176, Ext. 123
E-mail: marc@glhsco.com     Website: www.glhsco.com